MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Third-Party Defendant
Morris Heights Health Center
By:    PETER M. SKINNER (PS-9745)
Assistant United States Attorney
86 Chambers Street, 5th Floor
New York, New York 10007
Tel.: (212) 637-2601
Fax: (212) 637-2730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUZ M. VEGA, AN INFANT, BY HER            :
PARENT AND NATURAL GUARDIAN,              :
MANUELA VALENTIN, AND MANUELA             :
VALENTIN, INDIVIDUALLY,                   :         **CERTIFICATION**
                                          :
           Plaintiffs,                    :
                                          :
     v.                                   :         07 Civ. _____
                                          :
THE BRONX-LEBANON HOSPITAL CENTER,        :
ILIANA ROBINSON, M.D.,                    :         Index No. 13286/04
                                          :         Supreme Court of the State
           Defendants.                    :         of New York (Bronx County)
------------------------------------------------------------x
THE BRONX-LEBANON HOSPITAL CENTER,        :
                                          :
           Third-Party Plaintiff,         :
                                          :
     v.                                   :
                                          :
MORRIS HEIGHTS HEALTH CENTER,             :
                                          :
           Third-Party Defendant.         :
------------------------------------------------------------x

I, MICHAEL J. GARCIA, the United States Attorney for the Southern District of New York, pursuant to 42 U.S.C. § 233 and 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify, on the information now available, that third-party defendant Morris Heights Medical Center was acting within the scope

of its employment at the time it rendered medical treatment and care to plaintiff Manuela Valentin, and that, pursuant to 42 U.S.C. § 233(g), Morris Heights Medical Center is deemed to be an employee of the United States under the Federal Tort Claims Act.

Dated: New York, New York
       April 3, 2007

_____
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

2