UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                          :
MANUELA VALENTIN,                         :
                                          :
          Plaintiff,                      :
                                          :
     -against-                            :          07 Civ. 2940 (GEL)
                                          :
THE BRONX-LEBANON HOSPITAL CENTER         :          **ORDER**
and ILIANA ROBINSON,                      :
                                          :
          Defendants.                     :
                                          :
-------------------------------------------------------------x
                                          :
THE BRONX-LEBANON HOSPITAL CENTER,        :
                                          :
          Third-Party Plaintiff,          :
                                          :
     -against-                            :
                                          :
MORRIS HEIGHTS HEALTH CENTER,             :
                                          :
          Third-Party Defendant.          :
                                          :
-------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The parties having appeared before the Court for a status conference on May 8, 2007, it is
hereby ORDERED that Third-Party Defendant's motion to dismiss the third-party complaint is
due May 25, 2007. Third-Party Plaintiff's opposition papers, if any, are due June 20, 2007.
Third-Party Defendant's reply, if any, is due July 5, 2007.

SO ORDERED.

Dated: New York, New York
       May 9, 2007

                                        GERARD E. LYNCH
                                      United States District Judge