MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Third-Party Defendant
Morris Heights Health Center
By:     PETER M. SKINNER (PS-9745)
Assistant United States Attorney
86 Chambers Street, 5th Floor
New York, New York  10007
Tel.: (212) 637-2601
Fax: (212) 637-2730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MANUELA VALENTIN,

        Plaintiff,

    -against-

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

        Defendants.

------------------------------------------------------------- x
THE BRONX-LEBANON HOSPITAL CENTER,

        Third-Party Plaintiff,

    -against-

MORRIS HEIGHTS HEALTH CENTER,

        Third-Party Defendant.
------------------------------------------------------------- x

**ECF CASE**

07 Civ. 2940 (GEL)

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Richard G. Bergeron, dated February 4, 2007, Declaration of Peter M. Skinner, dated May 25, 2007, and the Memorandum of Law in Support of Morris Heights Health Center's Motion to Dismiss the Third-Party Complaint for Lack of Subject Matter Jurisdiction, Third-Party Defendant Morris

Heights Health Center, by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for an order dismissing the Third-Party Complaint against Morris Heights Health Center for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

       PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 9, 2007 scheduling order, opposition papers, if any, shall be served on or before June 20, 2007.

       PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 9, 2007 scheduling order, reply papers, if any, shall be served on or before July 5, 2007.

Dated: New York, New York
       May 25, 2007

       Respectfully submitted,

       MICHAEL J. GARCIA
       United States Attorney for the
       Southern District of New York
       Attorney for Third-Party Defendant
       Morris Heights Health Center

By:   /s/ Peter M. Skinner
       PETER M. SKINNER (PS-9745)
       Assistant United States Attorney
       86 Chambers Street, Fifth Floor
       New York, NY 10007
       Telephone: (212) 637-2601
       Fax: (212) 637-2730

TO:  Gerard J. Cushing, Esq.
Shaub Ahmuty Citrin & Spratt, LLP
1983 Marcus Avenue, Suite 140
Lake Success, NY  11042
Tel.:  (516) 488-3300
Attorneys for Defendant/Third-Party Plaintiff
Bronx-Lebanon Hospital Center

Christopher A. Lennon, Esq.
Fitzgerald & Fitzgerald, P.C.
538 Riverdale Avenue
Yonkers, NY  10705
Tel.:  (914) 378-1010
Attorneys for Plaintiffs Luz M. Vega
and Manuela Valentin

Jones, Hirsch, Connors & Bull, P.C.
One Battery Park Plaza
New York, NY  10004
Tel.:  (212) 527-1000
Attorneys for Defendant Iliana Robinson, M.D.