MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Third-Party Defendant
Morris Heights Health Center
By:     PETER M. SKINNER (PS-9745)
Assistant United States Attorney
86 Chambers Street, 5th Floor
New York, New York  10007
Tel.: (212) 637-2601
Fax: (212) 637-2730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MANUELA VALENTIN,

        Plaintiff,

        v.

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

        Defendants.

------------------------------------------------------------- x
THE BRONX-LEBANON HOSPITAL CENTER,

        Third-Party Plaintiff,

        v.

MORRIS HEIGHTS HEALTH CENTER,

        Third-Party Defendant.
------------------------------------------------------------- x

**ECF CASE**

07 Civ. 2940 (GEL)

**DECLARATION OF
PETER M. SKINNER**

    PETER M. SKINNER, pursuant to 28 U.S.C. § 1746, declares the following:

    1.    I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for Defendant Morris Heights

Health Center ("Morris Heights").  I have been assigned to defend this case and am fully familiar with the facts pertaining to this matter.  I submit this declaration in support of Morris Heights's Motion to Dismiss the Third-Party Complaint for lack of subject matter jurisdiction.

    2.    A true and correct copy of the complaint Plaintiffs filed in the Supreme Court of the State of New York, Bronx County, is attached as Exhibit A.

    3.    A true and correct copy of the third-party complaint Bronx-Lebanon Hospital Center filed in the Supreme Court of the State of New York, Bronx County, is attached as Exhibit B.

    4.    A true and correct copy of the Certification of United States Attorney Michael J. Garcia, dated April 3, 2007, is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 25, 2007

                                 /s/ Peter M. Skinner
                              PETER M. SKINNER