**U.S. Department of Justice**

United States Attorney
Southern District of New York



86 Chambers Street
New York, New York 10007

July 1, 2007

BY HAND DELIVERY
The Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007-1312

      Re:   *Valentin v. The Bronx-Lebanon Hospital Center, et al.*,
            No. 07 Civ. 2940 (GEL)

Dear Judge Lynch:

      This Office represents Third-Party Defendant Morris Heights Medical Center (the "Government") in the above-referenced medical malpractice action. I write respectfully to request a two-week extension, from July 5, 2007 until July 19, 2007, of the Government's time to file a reply brief with respect to its pending motion to dismiss the Third-Party Complaint. In its opposition brief, Third-Party Plaintiff Bronx-Lebanon Hospital Center ("Bronx-Lebanon") cited a recent Supreme Court decision, *Osborn v. Haley*, __ U.S. __ 127 S. Ct. 881 (2007), that may affect the Government's position with respect to its motion. The additional time is needed to permit this Office to coordinate the Government's position with the Department of Justice, Civil Division, Torts Branch. This is the Government's first request for an extension of the briefing schedule. Counsel for Bronx-Lebanon consents to the requested extension.

      Thank you for your consideration.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney

            By:   _____
                              PETER M. SKINNER
                              Assistant United States Attorney
                              Telephone: (212) 637-2601

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.

7/6/07

cc: (by facsimile)

    Robert M. Ortiz, Esq.
    Shaub Ahmuty Citrin & Spratt, LLP
    Attorneys for Defendant/Third-Party Plaintiff
    Bronx-Lebanon Hospital Center

    Christopher A. Lennon, Esq.
    Fitzgerald & Fitzgerald, P.C.
    Attorneys for Plaintiffs Luz M. Vega
    and Manuela Valentin

    Jones, Hirsch, Connors & Bull, P.C.
    Attorneys for Defendant Iliana Robinson, M.D.