

U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

86 Chambers Street
New York, New York 10007

July 19, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

BY FACSIMILE (with permission)
The Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007-1312

    Re:    *Valentin v. The Bronx-Lebanon Hospital Center, et al.*,
           No. 07 Civ. 2940 (GEL)

Dear Judge Lynch:

    This Office represents Third-Party Defendant Morris Heights Medical Center (the "Government") in the above-referenced medical malpractice action. I write respectfully to request an extension until July 23, 2007, of the Government's time to file a reply brief with respect to its pending motion to dismiss the Third-Party Complaint. The Government's reply brief is presently due today. This is the Government's second request for an extension of time to file its reply brief, which was originally due on July 5, 2007. Counsel for Bronx-Lebanon consents to the requested extension.

    Thank you for your consideration.

                                                        Respectfully,

                                                        MICHAEL J. GARCIA
                                                       United States Attorney

                          By:    _____
                                  PETER M. SKINNER
                                  Assistant United States Attorney
                                  Telephone: (212) 637-2601

                                               SO ORDERED

                                               _____
                                               GERARD E. LYNCH, U.S.D.J.

cc: (by facsimile)

Robert M. Ortiz, Esq.
Shaub Ahmuty Citrin & Spratt, LLP
Attorneys for Defendant/Third-Party Plaintiff
Bronx-Lebanon Hospital Center

Christopher A. Lennon, Esq.
Fitzgerald & Fitzgerald, P.C.
Attorneys for Plaintiffs Luz M. Vega
and Manuela Valentin

Jones, Hirsch, Connors & Bull, P.C.
Attorneys for Defendant Iliana Robinson, M.D.