UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LUZ M. VEGA, AN INFANT, BY HER PARENT
AND NATURAL GUARDIAN, MANUELA
VALENTIN,

                Plaintiffs,

     - against -

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

                Defendants.
----------------------------------------------------------------X
THE BRONX-LEBANON-HOSPITAL CENTER,

                Third-Party Plaintiff,

     - against -

MORRIS HEIGHTS MEDICAL CENTER,

              Third-Party Defendant
----------------------------------------------------------------X

ECF CASE

07 Civ. 2940 (GEL)

**MOTION TO ADMIT**
**COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, **JOHN A. ORTIZ**, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    JOHN D. PATERNITI
    Firm Name:    SHAUB, AHMUTY, CITRIN & SPRATT, LLP
    Address:    655 Third Avenue
    City/State/Zip:    New York, New York  10017
    Phone Number:    (212) 599-8200
    Fax Number:    (212) 212-599-7765

{00835970.DOC|}
00835970.1

**JOHN D. PATERNITI**, is a member in good standing of the Bar of the States of NEW YORK.

There are no pending disciplinary proceeding against **JOHN D. PATERNITI** in any State of Federal Court.

Dated: New York, New York
  October 25, 2007

<div style="margin-left:3em;">

Respectfully submitted,

_____
JOHN A. ORTIZ
SDNY BAR: JAO2638
SHAUB, AHMUTY, CITRIN & SPRATT, LLP.
655 Third Avenue, 28th Floor
New York, New York  10017
Tel.   (212) 599-8200
Fax.   (212) 599-7765

</div>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUZ M. VEGA, AN INFANT, BY HER PARENT
AND NATURAL GUARDIAN, MANUELA
VALENTIN,

                Plaintiffs,

-against-

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

                Defendants.
------------------------------------------------------------X
THE BRONX-LEBANON-HOSPITAL CENTER,

                Third-Party Plaintiff,

- against -

MORRIS HEIGHTS MEDICAL CENTER,

                Third-Party Defendant
------------------------------------------------------------X

ECF CASE

07 Civ. 2940 (GEL)

**AFFIDAVIT OF**
**JOHN A. ORTIZ**
**IN SUPPORT OF MOTION**
**TO ADMIT COUNSEL**
**PRO HAC VICE**

STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF NEW YORK)

      *JOHN A. ORTIZ*, being duly sworn deposes and says as follows:

    1.    I am an Associate at the Law Offices of SHAUB, AHMUTY, CITRIN & SPRATT, LLP, counsel for Defendant/Third Party-Plaintiff, BRONX LEBANON HOSPITAL CENTER, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant/Third Party Plaintiff's motion to admit, JOHN D. PATERNITI as pro hac vice to represent Defendant/Third Party Plaintiff in this matter.

{00835970.DOC}
00835970.1

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York since 1999, and am in good standing with this Court.

3. I have known JOHN D. PATERNITI since April 9, 2007.

4. JOHN D. PATERNITI is a partner in the law firm of SHAUB, AHMUTY, CITRIN & SPRATT, LLP, in Lake Success, New York and New York, New York.

5. I have found JOHN D. PATERNITI to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am please to move the admission of JOHN D. PATERNITI, pro hac vice.

7. I respectfully submit a proposed order granting the admission of JOHN D. PATERNITI, pro hac vice, which is attached hereto as Exhibit "A".

WHEREFORE, it is respectfully requested that the motion to admit JOHN D. PATERNITI, pro hac vice, to represent the Defendant/Third Party Plaintiff, THE BRONX-LEBANON HOSPITAL CENTER in the above captioned matter, be granted.

Dated: New York, New York
       October 25, 2007

Respectfully submitted,

_____
JOHN A. ORTIZ
SDNY Bar Code: JAO2638

{00835970.DOC}
00835970.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK)

MELISSA WHALEN, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Brewster, New York.

That on the 25th day of October, 2007, deponent served the within **MOTION TO ADMIT COUNSEL PRO HAC VICE and AFFIDAVIT OF JOHN A. ORTIZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** upon:

FITZGERALD & FITZGERALD, P.C.
Attorneys for Plaintiffs
538 Riverdale Avenue
Yonkers, New York 10705

JONES, HIRSCH, CONNORS & BULL, P.C.
Attorneys for Defendant
ILIANA ROBINSON, M.D.
One Battery Park Plaza
New York, New York 10004

UNITED STATES ATTORNEYS OFFICE
Attorneys for Third Party Defendant
MORRIS HEIGHTS HEALTH CENTER, INC.
86 Chambers Street
New York, New York 10007

at the address designated by said attorney(s) for that purpose, by depositing a true copy thereof enclosed in a first class postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service department within the State of New York.

_____
MELISSA WHALEN

Sworn to before me this
25th day of October, 2007.

_____
Notary Public

00836307.1

LEKHA A. VARGHESE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02VA6137152
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES FEBRUARY 18, 20__

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, David Spokony, Deputy Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JOHN DAVID PATERNITI

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **27th** day of **October, 1997** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**October 19, 2007**

_David Spokony_
Deputy Clerk

8648