UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUZ M. VEGA, AN INFANT, BY HER PARENT     ECF CASE
AND NATURAL GUARDIAN, MANUELA
VALENTIN,     07 Civ. 2940 (GEL)

                 Plaintiffs,

    **ORDER FOR ADMISSION**
      -against -     **PRO HAC VICE**
    **ON WRITTEN MOTION**

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

                 Defendants.
------------------------------------------------------------X
THE BRONX-LEBANON-HOSPITAL CENTER,

                Third-Party Plaintiff,

      - against -

MORRIS HEIGHTS MEDICAL CENTER,

               Third-Party Defendant
------------------------------------------------------------X

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/8/07]

     Upon the motion of JOHN A. ORTIZ, attorney for the Defendant/Third Party Plaintiff, THE BRONX-LEBANON HOSPITAL CENTER, and said sponsor's attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

     Applicant's Name:    JOHN D. PATERNITI

     Firm Name:    SHAUB, AHMUTY, CITRIN & SPRATT, LLP

     Address:    655 Third Avenue

     City/State/Zip:    New York, New York 10017

     Phone Number:    (212) 599-8200

     Fax Number:    (212) 212-599-7765

is admitted to practice pro hac vice as counsel for Defendant/Third Party Plaintiff, THE BRONX-LEBANON HOSPITAL CENTER, in the above captioned case in the

{00835970.DOC|}
00835970.1

United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York

　　　Nov 7　　　, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District/~~Magistrate~~ Judge

{00835970.DOC|}
00835970.1