\\rhino\TrialWorks\CaseFiles\9808\Hearings\Notice of Appearance-1.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUZ M. VEGA, an Infant by Her Parent And
Natural Guardian, MANUELA VALENTIN,

             Plaintiffs,

   -against-

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

             Defendants.
-----------------------------------------------------------X
THE BRONX-LEBANON HOSPITAL CENTER,

             Third-Party Plaintiff,

   -against-

MORRIS HEIGHTS MEDICAL CENTER,

             Third-Party Defendant.
-----------------------------------------------------------X

**ECF CASE**

07 Civ. 2940 (GEL)

**NOTICE OF APPEARANCE**

    FITZGERALD & FITZGERALD, P.C. hereby appears for the plaintiff, LUZ M. VEGA, an Infant by her Parent And Natural Guardian MANUELA VALENTIN.

Dated: Yonkers, New York
       May 9, 2008

                                     FITZGERALD & FITZGERALD, P.C.
                                     Attorneys for Plaintiff

                                     By:   John M. Daly (JD 8521)
                                   538 Riverdale Avenue
                                   Yonkers, New York 10705
                                   Telephone: (914) 378-1010
                                   Facsimile: (914) 378-1092
                                   E-mail: jdaly@lawfitz.com

TO: SHAUB AHMUTY CITRON & SPRATT, LLP
Attorneys for Defendant/Third-Party Plaintiff
Bronx Lebanon Hospital Center
Attn: JOHN PATERNITI, ESQ
655 Third Avenue
New York, New York 10017
Telephone: (212) 599 – 8200
Facsimile: (212) 599 - 7765
E-mail: jpaterniti@sacslaw.com

JONES HIRSCH CONNORS & BULL, P.C.
Attorneys for Defendant
Iliana Robinson, M.D.
Attn: MICHAEL KELLY, ESQ
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 527-1000
Facsimile: (212) 527 -1680
E-mail: mkelly@jhcb.com
Alternative Telephone: (516) 535-5579

UNITED STATES ATTORNEYS OFFICE
Attorneys for Third-Party Defendant
Morris Heights Health Center, Inc.
Attn: PETER M. SKINNER, AUSA
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2601
Facsimile:   (212) 637 – 2730
E-mail: peter.skinner@usdoj.gov