\\rhino\TrialWorks\CaseFiles\9808\Discovery\Discl of Expert Testimony\Rule 26 Expert Disclosure PID Shapiro 5.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUZ M. VEGA, an Infant by Her Parent And
Natural Guardian, MANUELA VALENTIN,

                    Plaintiffs,

    -against-

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

                    Defendants.
-------------------------------------------------------------X
THE BRONX-LEBANON HOSPITAL CENTER,

                    Third-Party Plaintiff,

    -against-

MORRIS HEIGHTS MEDICAL CENTER,

                    Third-Party Defendant.
-------------------------------------------------------------X

**ECF CASE**

07 Civ. 2940 (GEL)

## PLAINTIFF'S FRCP RULE 26(a) (2)
## DISCLOSUE OF EXPERT TESTIMONY

Plaintiff Luz. M. Vega, an Infant, by her Parent and Natural Guardian, Manuela Valentin,

by and through her attorneys, Fitzgerald & Fitzgerald, P.C., 538 Riverdale Avenue, Yonkers,

New York 10705, hereby provides its disclosure of expert testimony Rule 26(a) (2) of the

Federal Rules of Civil Procedure ("Fed. R. Civ. P."), as follows:

    1.     Plaintiff expects to call Eugene Shapiro, M.D. as an expert witness in the field of

pediatric infectious diseases at the trial of this matter.

    2.     The qualifications of Dr. Shapiro are set forth in his curriculum vitae, a copy of

which is annexed hereto as **Exhibit "A"**.

    3.     It is expected that Dr. Shapiro will testify consistently with the information

contained in his medical report a copy of which is attached hereto and made a part hereof as **Exhibit B.**

4.    It is expected that Dr. Shapiro will testify as to his expert diagnosis that to a reasonable degree of medical certainty, the infant plaintiff did not have congenital syphilis or neuro-syphilis, and that the cerebral palsy and the profound psychomotor retardation and other injuries of the infant plaintiff are not the result of either congenital syphilis or neuro-syphilis, as more fully detailed in his report a copy of which is attached as Exhibit B.

5.    The grounds for Dr. Shapiro's testimony will be his review of all relevant medical records, including past and present lab test results, pleadings, deposition transcripts, his knowledge, training, expertise, education and experience in the field of pediatric infectious diseases as well as any further testimony or evidence developed during discovery or at trial.

6.    Annexed hereto as part of **Exhibit "A"** is a list of publications by Dr. Shapiro that have been published over the past ten (10) years.

7.    Dr. Shapiro is not in possession of and does not maintain a list of cases in which he has testified as an expert at trial or by deposition within the past four years.

8.    Dr Shapiro's testimony fee is $5,000.00 for a full day's appearance in court. His fee for the medical record review and report is $500.00 per hour. Dr. Shapiro's hourly rate is $600.00 for deposition preparation and testimony.

9.    Plaintiff reserves the right to supplement this response if and when additional information becomes known.

Dated: Yonkers, New York
     May 9, 2008

FITZGERALD & FITZGERALD, P.C.
Attorneys for Plaintiff

By:    John M. Daly (JD-8521)
538 Riverdale Avenue
Yonkers, New York 10705
Telephone: (914) 378-1010
Facsimile: (914) 378-1092
E-mail: jdaly@lawfitz.com

TO:    SHAUB AHMUTY CITRON & SPRATT, LLP
Attorneys for Defendant/Third-Party Plaintiff
Bronx Lebanon Hospital Center
Attn: JOHN PATERNITI, ESQ
655 Third Avenue
New York, New York 10017
Telephone: (212) 599 – 8200
Facsimile: (212) 599 - 7765
E-mail: jpaterniti@sacslaw.com

JONES HIRSCH CONNORS & BULL, P.C.
Attorneys for Defendant
Iliana Robinson, M.D.
Attn: MICHAEL KELLY, ESQ
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 527-1000
Facsimile: (212) 527 -1680
E-mail: mkelly@jhcb.com
Alternative Telephone: (516) 535-5579

UNITED STATES ATTORNEYS OFFICE
Attorneys for Third-Party Defendant
Morris Heights Health Center, Inc.
Attn: PETER M. SKINNER, AUSA
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2601
Facsimile:   (212) 637 – 2730
E-mail: peter.skinner@usdoj.gov

**EXHIBIT A**

# CURRICULUM VITAE

## Eugene David Shapiro, M.D.

| | |
|---|---|
| Birthdate: | August 22, 1948 |
| Birthplace: | Syracuse, New York |
| Citizenship: | U.S.A. |
| Social Security No.: | 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 |

Business Address:

Department of Pediatrics
Yale University School of Medicine
333 Cedar Street
P. O. Box 208064
New Haven, Connecticut  06520-8064
(203) 688-4518
FAX  (203) 785-3932   E-mail: Eugene.Shapiro@Yale.edu

Home Address:

47 Bellevue Road
New Haven, Connecticut  06511-2809
(203) 562-3675

## EDUCATION

### Undergraduate

1966-1970    Yale University, New Haven, Connecticut; B.A., English Literature.

### Graduate

1972-1976    University of California, San Francisco School of Medicine, San Francisco, California; M.D.

### Post Graduate

1976-1979    Children's Hospital of Pittsburgh, Pittsburgh, Pennsylvania; Residency in Pediatrics, T. K. Oliver, Jr., M.D., Chairman and Program Director.

1979-1981    Children's Hospital of Pittsburgh, Pittsburgh, Pennsylvania; Fellowship, Pediatric Infectious Diseases, R. H. Michaels, M.D., Chief, Division of Infectious Diseases.

1981-1983    Yale University School of Medicine, New Haven, Connecticut; Robert Wood Johnson Clinical Scholar, A. R. Feinstein, M.D., Program Director.

## HONORS

1970    *Cum laude*, Yale University

| | |
|---|---|
| 1991 | Fellow, Branford College, Yale University |
| 1993 | Master of Arts Privatum (honorary degree), Yale University |
| Multiple | America's Top Doctors |
| Multiple | Best Doctors in New York |

## APPOINTMENTS

| | |
|---|---|
| 2007- | Director of Education, Yale Center for Clinical Investigation and for Yale's Clinical and Translational Science Award |
| 2006- | Director, KL-2 Component of Yale's Clinical and Translational Science Award |
| 2004- | Deputy Director, Yale Program in Investigative Medicine. |
| 2000- | Appointment to Faculty of Graduate School;  Charter faculty member of faculty in newly established Ph.D. Program in Investigative Medicine, Yale University School of Medicine, New Haven, Connecticut. |
| 1993- | Professor of Pediatrics and of Epidemiology and Public Health, Yale University School of Medicine, New Haven, Connecticut. |
| 1989-1993 | Associate Professor of Pediatrics and of Epidemiology and Public Health, Yale University School of Medicine, New Haven, Connecticut. |
| 1983-1989 | Assistant Professor of Pediatrics and of Epidemiology and Public Health, Yale University School of Medicine, New Haven, Connecticut. |
| 1985-1992 | Director of Pediatric Emergency Services, Yale-New Haven Hospital, New Haven, Connecticut. |
| 1983-1988 | Assistant Director Cystic Fibrosis Center, Yale-New Haven Hospital, New Haven, Connecticut. |

## CERTIFICATION

1980   American Board of Pediatrics #25147
1988   Pediatric Infectious Disease Society
1994, 2002   American Board of Pediatrics--Infectious Diseases #040957

## LICENSURE

1981   Department of Health Services, State of Connecticut #022779

## PROFESSIONAL SOCIETIES

American Academy of Pediatrics

2

American Epidemiologic Society
American Pediatric Society
Association for Clinical Research Training
Infectious Diseases Society of America
Pediatric Infectious Disease Society
Society for Pediatric Research

## JOURNALS

### Editor

The Report on Pediatric Infectious Diseases (Co-Chief Editor 1995-98)

### Editorial Board

Pediatric Infectious Disease Journal (1994-2000)
Infectious Diseases in Children
Infectious Disease News

### Ad Hoc Reviewer

American Journal of Epidemiology
American Journal of Infection Control
American Journal of Medicine
American Journal of Public Health
American Journal of Tropical Medicine
Annals of Internal Medicine
Archives of Internal Medicine
Archives of Pediatrics and Adolescent Medicine
Clinical Infectious Diseases
Chest
CNS Drugs
Consultant to American Medical Association's Drug Evaluations
Consultant to The Medical Letter
Emerging Infectious Diseases
European Journal of Pediatrics
European Journal of Clinical Microbiology and Infectious Diseases
Infection
Journal of the American Medical Association
Journal of Clinical Epidemiology
Journal of Infectious Diseases
Journal of Clinical Epidemiology
Journal of Pediatrics
Lancet
New England Journal of Medicine
Pediatric Infectious Disease Journal
Pediatrics
Pediatric Research
Vaccine
Yale Press

## MEMBERSHIP ON NATIONAL AND INTERNATIONAL COMMITTEES

1. Consultant to the World Health Organization, Acute Respiratory Infections Control Programme, Geneva, Switzerland

2. Member, Infectious Diseases Society of America Committee to Develop Guidelines for Studies of New Antimicrobial Agents for the Food and Drug Administration

3. Chairman, Oversight Committee for the National Collaborative Randomized Clinical Trial of Dexamethasone to Prevent Hearing Loss in Children with Bacterial Meningitis

4. Member, Oversight Committee for the Randomized Clinical Trial of PRP-T Vaccine to Prevent Haemophilus infections in Children at Kaiser-Permanente of Southern California.

5. Consultant, National Vaccine Injury Compensation Program, Rockville, Maryland.

6. Special Reviewer, Department of Health, United Kingdom

7. Chairman, Scientific Advisory Group for the Epidemiology Branch of the Division of Epidemiology, Biostatistics and Prevention Research, National Institute of Child Health and Human Development.

8. Member, Infectious Diseases Society of America Committee to Develop Guidelines for Management of Patients with Lyme Disease 2000-2001 and 2005-2006

9. Member, Oversight Committee for a national study (sponsored by the Centers for Disease Control and Boston University) of the association between use of ibuprofen and the risk of serious infections caused by group A streptococci.

10. Member, Oversight Committee for a national study (sponsored by the NIH and the University of Minnesota) of vaccination of mothers with a conjugate pneumococcal vaccine to prevent otitis media in infants.

11. Elected to the Council, Pediatric Infectious Diseases Society (1997-2002)

12. Planning Committee, 9th International Conference on Lyme Borreliosis

13. Special Consultant, World Health Organization, Department of Vaccines and Biologicals

14. Special Advisor, Food and Drug Administration, Vaccine Advisory Committee

15. Member, NIH Study Section: Clinical Research and Field Studies ZRG-1 IDM-B-12 (2004-present)

16. Member, American Board of Pediatrics, Infectious Diseases sub-board, 2007-13

17.    Member, American Academy of Neurology Committee to Develop Guidelines for Treatment of Lyme Neuroborreliosis  2005-2006

18.    Chairperson, Data Safety and Monitoring Board for a randomized clinical trial (sponsored by the NIH and the University of Pittsburgh) of antibiotic vs. placebo to treat otitis media in infants.


## PUBLICATIONS

### Original Articles

1.    Rothenberg A, **Shapiro ED**:  The defense of psychoanalysis in literature:  *Long Day's Journey Into Night* and *A View From the Bridge*.  Comparative Drama 7:51-67, 1973.

2.    **Shapiro ED**, Neches WH, Matthews RA:  Corpus luteum hemorrhagicum:  An unusual complication of anticoagulant therapy.  Am J Dis Child 132:523-524, 1980.

3.    **Shapiro ED**, Wald ER:  Efficacy of rifampin in eliminating pharyngeal carriage of *Haemophilus influenzae* type b.  Pediatrics 66:5-8, 1980.

4.    **Shapiro ED**:  Persistent pharyngeal carriage of *Haemophilus influenzae* type b following intravenous chloramphenicol.  Pediatrics 67:436-437, 1981.

5.    **Shapiro ED**: *Yersinia entercolitica* septicemia in normal infants.  Am J Dis Child 113:477-478, 1981.

6.    **Shapiro ED**, Wald ER:  Single dose amoxicillin treatment of urinary tract infection.  J Pediatr 99:989-992, 1981.

7.    **Shapiro ED**:  Prophylaxis for contacts of patients with meningococcal and *Haemophilus influenzae* type b disease.  Pediatr Infect Dis 2:132-138, 1982.

8.    **Shapiro ED**, Wald ER, Doyle W, Rohn D:  Bacteriology of the maxillary sinus of rhesus monkeys.  Ann Otol Rhinol Otolaryngol 91:150-151, 1982.

9.    Bowers SK, MacDonald HN, **Shapiro ED**:  Prevention of iatrogenic neonatal respiratory distress syndrome:  Elective repeat cesarean section and spontaneous labor.  Am J Obstet Gynecol 142:186-190, 1982.

10.    **Shapiro ED**, Wald ER, Brozanski BS:  Periorbital and orbital cellulitis and paranasal sinusitis:  a reappraisal.  Pediatr Infect Dis 2:91-94, 1982.

11.    **Shapiro ED**, Wald ER, Nelson K, Spiegelman KN:  Broviac catheter-related bacteremia in oncology patients.  Am J Dis Child 136:679-681, 1982.

12.   **Shapiro ED**:  Short-course antimicrobial treatment of urinary tract infections in children:  A critical analysis.  Pediatr Infect Dis 1:294-297, 1982.

13.   **Shapiro ED**, Milmoe GJ, Wald ER, Rodnan JB, Bowen A:  Bacteriology of the maxillary sinuses in patients with cystic fibrosis.  J Infect Dis 146:589-593, 1982.

14.   Clemens JD, **Shapiro ED**:  The pneumococcal vaccine controversy:  Are there alternatives to randomized clinical trials.  Rev Infect Dis 6:589-600, 1984.

15.   **Shapiro ED**, Clemens JD:  A controlled evaluation of the protective efficacy of pneumococcal vaccine for patients at high risk for serious pneumococcal infections.  Ann Intern Med 101:325-330, 1984.

16.   **Shapiro ED**:  Exclusion of ill children from day-care centers:  Policy and practice.  Clin Pediatr 23:689-691, 1984.

17.   Baron J, **Shapiro ED**:  Unsuspected bacteremia caused by *Branhamella catarrhalis*.  Pediatr Infect Dis 4:100-101, 1985.

18.   Kovatch AL, Wald ER, Albo VC, Prin W, Orlando SJ, Wollman MR, Phebus CK, **Shapiro ED**:  Oral trimethoprim/sulfamethoxazole for the prevention of bacterial infections during the induction phase of chemotherapy for cancer in children.  J Pediatr 76:754-760, 1985.

19.   Springer GL, **Shapiro ED**:  Fresh water swimming as a risk factor for otitis externa:  A case-control study.  Arch Environ Health 40:202-206, 1985.

20.   Katz JN, Horwitz RI, Dolan TF, **Shapiro ED**:  Clinical features as predictors of functional status for children with cystic fibrosis.  J Pediatr 108: 352-358, 1986.

21.   **Shapiro ED**, Kuritsky J, Potter J:  Policies for the exclusion of ill children from group day-care:  An unresolved dilemma.  Rev Infect Dis 8:622-625, 1986.

22.   Leventhal JM, **Shapiro ED**, Aten CB, Bert AT, Egerter SA:  Does breast-feeding protect against infections in infants less than three months of age?  Pediatrics 78:896-903, 1986.

23.   Bauchner H, Leventhal JM, **Shapiro ED**:  Studies of breast-feeding and infections:  How good is the evidence?  JAMA 256:887-892, 1986.

24.   **Shapiro ED**, Aaron NH, Wald ER, Chiponis D:  Risk factors for the development of bacterial meningitis among children with occult bacteremia.  J Pediatr 109:15-19, 1986.

25.   Katz BZ, **Shapiro ED**:  Predictors of persistently positive blood cultures in children with occult bacteremia with salmonella.  Pediatr Infect Dis 5:713-714, 1986.

26.   **Shapiro ED**:  Lack of transmission of hepatitis B in a day care center.  J Pediatr 110:90-92, 1987.

27.   Wood CC, McNamara JG, Schwarz DF, Merrill WW, **Shapiro ED**:  Prevention of pneumococcal bacteremia in a child with AIDS-related complex.  Pediatr Infect Dis J 6:564-566, 1987.

28.   Lichtman J, **Shapiro ED**, Petersen L, Hadler J, Haemophilus Vaccine Study Group:  The use of *Haemophilus influenzae* type b polysaccharide vaccine in New Haven, Connecticut.  Pediatrics 80:288-289, 1987.

29.   Jenson HB, **Shapiro ED**:  Primary herpes simplex virus infection of a diaper rash. Pediatr Infect Dis J 6:1136-7, 1987.

30.   Christie CDC, Havens PL, **Shapiro ED**:  Bacteremia with Group A streptococci in childhood.  Am J Dis Child 142:559-561, 1988.

31.   **Shapiro ED**, Murphy TV, Wald ER, Brady CA:  The protective efficacy of *Haemophilus influenzae* type b polysaccharide vaccine in Connecticut, Dallas and Pittsburgh.  JAMA 260:1413-1418, 1988.

32.   Baltimore, RS, Duncan RL, **Shapiro ED**, Edberg SC:  The epidemiology of pharyngeal colonization of infants with gram-negative rod bacteria.  J Clin Microbiol 27:91-95, 1989.

33.   **Shapiro ED**:  Analytic strategies in hospital epidemiology: Case-control studies.  Infect Control 10:167-169, 1989.

34.   Forsyth BW, Horwitz RI, Acampora D, **Shapiro ED**, Viscoli CM, Feinstein AR, *et al*: New epidemiologic evidence confirming that bias does not explain the aspirin/Reye's syndrome association.  JAMA 261:2517-2524, 1989.

35.   Leventhal JM, **Shapiro ED**, Bauchner H: Science versus opinion: A response to Cunningham's Critique.  J Human Lact 5:126-128, 1989.

36.   Alario AJ, Nelson EW, **Shapiro ED**: The impact of blood cultures on the management of outpatients with bacteremia.  J Pediatr 115:195-199, 1989.

37.   D'Cruz OF, **Shapiro ED**, Spiegelman KH, *et al*:  Acute inflammatory demyelinating polyradiculoneuropathy (Guillain-Barre Syndrome) after immunization with *Haemophilus influenzae* type b (PRP-D) conjugate vaccine.  J Pediatr 115:743-748, 1989.

38.   **Shapiro ED**, Capobianco LA, Berg AT, Zitt MQ: The immunogenicity of *Haemophilus influenzae* type b polysaccharide-*Neisseria meningitidis* Group B outer membrane protein vaccine in infants and young children.  J Infect Dis 160:1064-1067, 1989.

39.   **Shapiro ED**, Berg AT: The protective efficacy of *Haemophilus* b polysaccharide vaccine.  Pediatrics 85 (Suppl):643-647, 1990.

40.   Berg AT, **Shapiro ED**, Capobianco LA: Group day care and the risk of serious infectious illnesses. Am J Epidemiol 133:154-163, 1991.

41.   **Shapiro ED**, Ward JI: The epidemiology and prevention of disease caused by *Haemophilus influenzae* type b. Epidemiol Rev 13:113-42, 1991.

42.   **Shapiro ED**, Berg AT, Austrian R, Schroeder D, Parcells V, Margolis A, Adair R K, Clemens JD: The protective efficacy of polyvalent pneumococcal polysaccharide vaccine. N Engl J Med 325:1453-1460, 1991.

43.   Forsyth BW, **Shapiro ED**, Horwitz RI, *et al*: Misdiagnosis of Reye's-like illness. Am J Dis Child 145:964-966, 1991.

44.   Katz BZ, Berkman AB, **Shapiro ED**: Serologic evidence of active Epstein-Barr virus infection in the EBV-associated lymphoproliferative disorders of the Acquired Immunodeficiency Syndrome. J Pediatr 120:228-232, 1992.

45.   Loughlin AM, Marchant CD, Lett S, **Shapiro ED**: Efficacy of *Haemophilus influenzae* type b vaccines in Massachusetts children 18 to 59 months of age. Pediatr Infect Dis J 11:374-379, 1992.

46.   Andiman WA, Silva TJ, **Shapiro ED** et al: Predictive value of the human immunodeficiency virus 1 antigen test in children born to infected mothers. Pediatr Infect Dis J 11:436-40, 1992.

47.   Gerber MA, **Shapiro ED**: Diagnosis of Lyme disease in children. J Pediatr 121:157-162, 1992.

48.   Korones DN, Marshall GS, **Shapiro ED**: Outcome of children with occult bacteremia caused by *Haemophilus influenzae* type b. Pediatr Infect Dis J 11:516-520, 1992.

49.   Berg AT, Shinnar S, Hauser WA, Alemany A, **Shapiro ED**, Salomon ME, Crain EF: Predictors of recurrent febrile seizures: A prospective study of the circumstances surrounding the initial febrile seizure. N Engl J Med 327:1122-1127, 1992.

50.   Rubin RH, **Shapiro ED**, Andriole VT, Davis RJ, Stamm WE: Evaluation of new anti-infective drugs for the treatment of urinary tract infection. Clin Infect Dis 15(Suppl 1):S216-2S227; 1992.

51.   **Shapiro ED**, Gerber MA, Holabird N, Berg AT, Feder HM, Bell GL, Rys PR, Persing DH: A controlled trial of antimicrobial prophylaxis for Lyme disease after deer-tick bites. N Engl J Med 327:1769-1773; 1992.

52.   Feder HM Jr, Gerber MA, Krause PJ, Ryan R, **Shapiro ED**: Early Lyme disease presenting as a flu-like illness without erythema migrans. Pediatrics 91:456-459; 1993.

53. Ikeda MK, Andiman WA, Mezger JL, **Shapiro ED**, Miller G: Quantitative leukoviremia and immune complex dissociated antigenemia as predictors of infection status in children born to HIV-1 seropositive mothers. J Pediatr 1993; 122:524-531.

54. **Shapiro ED**, Austrian R: Serotypes responsible for invasive pneumococcal infections among children in Connecticut. J Infect Dis 1994;169:212-213.

55. Andiman WA, Mezger J, **Shapiro ED**. Invasive bacterial infections in children born to women infected with Human immunodeficiency virus type 1. J Pediatr 1994;124:846-852.

56. Korones DN, **Shapiro ED**. Occult pneumococcal bacteremia: What happens to the child who appears well at re-evaluation? Pediatr Infect Dis J 1994;13:382-386.

57. Gerber MA, **Shapiro ED**, Krause PJ, Cable RG, Badon SJ, Ryan RW. The risk of acquiring Lyme disease or babesiosis from a blood transfusion. J Infect Dis 1994;170:231-234.

58. Berg AT, Shinnar S, **Shapiro ED**, Salomon ME, Crain EF, Hauser WA. Risk factors for a first fe

59. Fedson DS, **Shapiro ED**, LaForce FM, Mufson M, Musher DM, Spika JS,Breiman RF, Broome CV. Pneumococcal vaccine after 15 years of use. Arch Intern Med 1994;154:2531-2535.

60. Gerber MA, **Shapiro ED**, Bell GL, Sampieri A, Padula SJ. Recombinant outer surface protein C ELISA for the diagnosis of early Lyme disease. J Infect Dis 1995;171:724-727.

61. **Shapiro ED**. Lyme disease in children. Am J Med 1995;98:69S-73S.

62. Seltzer EG, **Shapiro ED**. Misdiagnosis of Lyme disease: When not to order serologic tests. Pediatr Infect Dis J 1996;15:762-763.

63. Simpson BJ, **Shapiro ED**, Andiman WA. Reduction in the risk of vertical transmission of HIV-1 associated with treatment of pregnant women with orally-administered zidovudine alone. J AIDS Hum Retrovirol 1997;14:145-152.

64. Gerber MA, **Shapiro ED**, Ryan RW, Bell GL. Evaluations of enzyme-linked immunosorbent assay procedure for determining specific Epstein-Barr virus serology and of rapid test kits for diagnosis of infectious mononucleosis. J Clin Microbiol 1996; 34:3240-3241.

65. Gerber MA, **Shapiro ED**, Burke GS, Parcells VJ, Bell GL, Pediatric Lyme Disease Study Group. Lyme disease in children in Southeastern Connecticut. N Engl J Med 1996;335:1270-1274.

66.    Kramer MS, **Shapiro ED**.  Management of the young febrile child: A commentary on recent practice guidelines.  Pediatrics 1997;100:128-134.

67.    Berg AT, Shinnar S, Darefsky AS, Holford TR, **Shapiro ED**, Salomon ME, Crain EF, Hauser WA.  Predictors of recurrent febrile seizures: A prospective cohort study.  Arch Pediatr Adolesc Med 1997;151:371-378.

68.    Gerber MA, Zemel LS, **Shapiro ED**. Lyme arthritis in children: Clinical epidemiology and long-term outcomes. Pediatrics 1998;102:905-908.

69.    Mahabee-Gittens EM, Bachman DT, **Shapiro ED**, Dowd MD.  Chest radiographs in the pediatric emergency department for children ≤18 months of age with wheezing.  Clin Pediatr 1999;38;395-9.

70.    Butler JC, **Shapiro ED**, Carlone GM.  Pneumococcal vaccines: History, current status and future directions.  Am J Med 1999;107(1A):69S-76S.

71.    Simpson BJ, **Shapiro ED**, Andiman WA.  A prospective cohort study of children born to HIV-infected mothers, 1985-1997: Trands in the risk of vertical transmission, survival, and AIDS-indicator diseases in the era before highly active antiretroviral therapy.  Pediatr Infect Dis J 2000;19:618-24.

72.    Seltzer EG, Gerber MA, Cartter ML, Freudigman K, **ShapiroED**.  Long-term outcomes of persons with Lyme disease.  JAMA 2000;283:609-16.

73.    King JC Jr, Borkowsky W, Mahidhara N, Madore D, **Shapiro ED**, Rutstein RM, et al.  Group-specific antibody levels surrounding invasive pneumococcal illness in children infected with Human Immunodeficiency Virus.  J Infect Dis 2000;181:1817-21.

74.    **Shapiro ED**, Gerber MA. State-of-the-Art Clinical Article: Lyme disease. Clin Infect Dis.  2000;31:533-42.

75.    Juhn YJ, **Shapiro ED**, McCarthy P, Freudigman K. Willingness of directors of child care centers to care for children with chronic infections.  Pediatr Infect Dis J  2001;20:77-9.

76.    LaRussa P, Steinberg SP, **Shapiro E**, Vazquez M, Gershon AA. Viral strain identification in varicella vaccinees with disseminated rashes. Pediatr Infect Dis J 2000;19:1037-9.

77.    Vázquez M, LaRussa PS, Gershon AA,  Steinberg SP, Freudigman K, **Shapiro ED**. Effectiveness of Varicella Vaccine in Clinical Practice. N Engl J Med 2001;344:955-60.

78.    Colson ER, Bergman DM, **Shapiro ED**, Leventhal JM.  Position for sleep: Association with parents= perception of their nursery experience.  Birth 2001;28:249-53.

79.    Juhn YJ, St. Suaver J, **Shapiro ED**, McCarthy PL.  How do child care center personnel define fever?  Ambul Child Health 2001;7:143-8.

80.    Juhn YJ, Sauver JS, **Shapiro ED**, McCarthy PL. Child care program directors' level of knowledge about asthma and factors associated with knowledge. Clin Pediatr 2002; 41:111-6.

81.    **Shapiro ED.**  Long-term outcomes of persons with Lyme disease.  Vector Borne and Zoonotic Dis  2002;2:279-81.

82.    Vázquez M, Sparrow SS, **Shapiro ED.**  Long-term neuropsychologic and health outcomes of children with facial nerve palsy due to Lyme disease.  Pediatrics 2003;112:e93-7.

83.    Benin AL, Vitkauskas G, Thornquist E, Shiffman R, Concato J, Krumholz H, **Shapiro ED**. Improving diagnostic testing and reducing overuse of antibiotics for children with pharyngitis: a useful role for the electronic medical record.  Pediatr Infect Dis J 2003;22:1043-7

84.    Benin AL, Vitkauskas G, Thornquist E,  **Shapiro ED**, Shiffman R, Concato J,  Krumholz H.  Using an Electronic Medical Record for Assessing Quality of Care in an Outpatient Setting:  Experience with Pharyngitis in Children Medical Care 2005; 43:691-8.

85.    Kuhn B, **Shapiro ED**, Walls TA, Friedman AH.  Predictors of outcome of myocarditis. Pediatr Cardiol 2004;25:379-84.

86.    **Shapiro ED**.  Case-control studies of the effectiveness of vaccines: Validity and assessment of bias.  Pediatr Infect Dis J 2004;23:127-31.

87.    Benin AL, Dembry L, **Shapiro ED**, Holmboe ES.  Reasons physicians accepted or declined smallpox vaccine: February-April, 2003.  J Gen Intern Med 2004; 18:85-89.

88.    Vázquez M, LaRussa PS, Gershon AA, Niccolai LM, Muehlenbein CE, Steinberg SP, **Shapiro ED**. Effectiveness of varicella vaccine over time.  JAMA 2004; 291:851-855.

89.    Esper F, **Shapiro ED**, Weibel C, Ferguson D, Landry ML, Kahn JS.  Association of a new coronavirus with Kawasaki disease.  J Infect Dis  2005;191:499-502.

90.    Benin AL, Wisler-Scher DJ, Colson E, Shapiro ED, Holmboe ES.  Qualitative Analysis of Mothers' Decision-Making About Vaccines for Infants: The Importance of Trust. Pediatrics 2006; 117:1532-1541.

91.    Kesebir D, Vazquez M, Weibel C, **Shapiro ED**, Ferguson D, Landry ML, Kahn JS. Bocavirus infection in young children in the United States: Molecular epidemiology and clinical features associated with a newly-emerging respiratory virus.  J Infect Dis 2006;194:1276-82.

92.    Spiro DM, Khoon-Yen T, Dziura J, Baker DM, Arnold DH, **Shapiro ED**. Wait and see prescription for the treatment of acute otitis media: A randomized, controlled trial. JAMA 2006;296:1-7.

93.    Wormser GP, Dattwyler RJ, **Shapiro ED**, et al. The clinical assessment, treatment and prevention of Lyme disease, human granulocytic Anaplasmosis, and Babesiosis: Clinical practice guidelines by the Infectious Diseases Society of America. Clin Infect Dis 2006;43:1089-1134.

94.    Hambleton S, Steinberg SP, LaRussa PS, **Shapiro ED**, Gershon AA. Risk of Herpes zoster in Adults Immunized with Varicella Vaccine. J Infect Dis 2008; 197: S196-9.

95.    Niccolai LM, Ogden LG, Muehlenbein CG, Dziura JD, Vazquez M, **Shapiro ED**. Methodologic issues in design and analysis of a matched case-control study of a vaccines effectiveness. J Clin Epidemiol 2007;60:1127-31.

96.    Halperin JJ, **Shapiro ED**, Logigian E, et al. Practice parameter: Treatment of nervous system Lyme disease (An evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2007;69;91-102

97.    **Shapiro ED**. Use of case-control studies to evaluate interventions to prevent inflicted traumatic brain injury. Amer J Prevent Med In Press

98.    Wu AC, Wisler-Scher, Griswold K, Colson E, **Shapiro ED**, Holmboe E, Benin AL. Postpartum Mothers' Attitudes, Knowledge, and Trust Regarding Vaccination. Mat Child Health J In Press

99.    Feder HM Jr, Johnson BJB, O'Connell S, **Shapiro ED**, Steere AC, Wormser GP, et al. A critical appraisal of "Chronic Lyme Disease." N Engl J Med 2007;357:1422-30.

100.   **Shapiro ED**. Lyme disease. Adv Exp Med Biol. 2008;609:185-95.

101.   Zonfrillo MR, Seiden JA, House EM, **Shapiro ED**, Dubrow R, Baker MD, Spiro DM. The association of overweight and ankle injuries in children. Amb Pediatr 2008;8:66-9.

**Editorials**

1.    **Shapiro ED**: Pertussis vaccines: Seeking a better mousetrap. JAMA 1992; 267:2788-90.

2.    **Shapiro ED**: Infections caused by *Haemophilus influenzae* type b: The beginning of the end? JAMA 269:264-6, 1993.

3.    **Shapiro ED**, Gerber MA. Lyme disease and facial nerve palsy: More questions than answers. Arch Pediatr Adolesc Med 1997;151:1183-4.

4.     **Shapiro ED**, LaRussa PS. Vaccination for varicella--Just do it! JAMA 1998;278:1529-30

5.     **Shapiro ED**. Doxycycline for tick bitesBNot for everyone. N Engl J Med 2001;345:133-4

6.     Vazquez M, **Shapiro ED.** Varicella vaccine and infection with varicella-zoster virus. N Engl J Med 2005;352: 439-40. (editorial perspective)

7.     **Shapiro ED.** Second dose of varicella vaccine for children: Are we giving it too late? J Infect Dis 2008 In Press

## Solicited Chapters and Reviews

1.     **Shapiro ED**, Wald ER:  Upper respiratory infections in children.  Family Practice Recertification 2:15-30, 1980.

2.     **Shapiro ED**, Wald ER:  Sinusitis in children.  In:  Pediatrics Update:  Reviews for Physicians, Elsevier, New York, 1981, pp. 43-59.

3.     **Shapiro ED**:  Prophylaxis for bacterial meningitis.  Med Clin N Amer 69:269-280, 1985.

4.     **Shapiro ED**:  A critical review of short-course antimicrobial treatment of urinary tract infections in children.  In:  Nelson JD, McCracken GH Jr (eds).  Clinical Reviews in Pediatric Infectious Disease, B.C. Decker, Inc, Toronto, 1985, pp. 245-248.

5.     **Shapiro ED**:  Prophylaxis for contacts of patients with disease caused by meningococci or *Haemophilus influenzae* type b.  In:  Nelson JD, McCracken GH Jr (eds).  Clinical Reviews in Pediatric Infectious Disease, B.C. Decker, Inc, Toronto, 1985, pp. 15-24.

6.     **Shapiro ED**:  Bacteremia in the febrile child.  In:  Aronoff SC, ed. Advances in Pediatric Infectious Diseases Vol. 1, Year Book Publishers, Chicago, 1986, pp. 19-35.

7.     **Shapiro ED**:  Periorbital and orbital cellulitis.  In:  Nelson JD, ed.  Current Therapy in Pediatric Infectious Disease, B.C. Decker, Toronto, 1986 p. 12-13.

8.     **Shapiro ED**:  Meningococcus.  In: Donowitz LG, ed.  Hospital Acquired Infections in the Pediatric Patient.  Williams and Wilkins, Baltimore. 1988, pp. 231-236.

9.     **Shapiro ED**:  Fever without focal infections in infants and toddlers.  In:  Nelson JD ed. Current Therapy in Pediatric Infectious Disease, 2nd edition, B.C. Decker, Toronto, 1988, pp. 283-284.

10.     **Shapiro ED**:  Lyme Disease.  Current Opinion in Pediatrics 2:81-86, 1990.

11.    **Shapiro ED**:  New vaccines against *Haemophilus influenzae* type b. Pediatr Clin N Amer 37:567-583, 1990.

12.    **Shapiro ED**:  Lyme Disease.  Current Opinion in Infectious Diseases 3:638-642, 1990.

13.    **Shapiro ED**:  Pneumococcal Vaccines. Semin Pediatr Infect Dis 2:135-140, 1991.

14.    Baltimore R, **Shapiro ED**: Pneumococcal Infections. In: Evans AS and Brachman PS, eds.  Bacterial Infections of Humans: Epidemiology and Control 2nd Edition, Plenum Press, New York, 1991, pp 525-546.

15.    **Shapiro ED**:  Meningococcal Infections.  In:  Donowitz LG, ed.  Infection Control in Child Care.  Williams and Wilkins, Baltimore, 1991, pp 189-192.

16.    **Shapiro ED**:  *Streptococcus pneumoniae*. In:  Cryz SJ Jr., ed.  Vaccines and Immunotherapy.  Pergamon Press, New York, 1991, pp 127-139.

17.    **Shapiro ED**:  Bacterial respiratory infections and otitis media.  Pediatr Ann 20:413-418, 1991.

18.    **Shapiro ED**:  Infections of the urinary tract.  Pediatr Infect Dis J 11:165-168, 1992.

19.    **Shapiro ED**:  Lyme disease.  In: Kaplan SL, ed.  Current Therapy in Pediatric Infectious Diseases, 3rd Edition.  B. C. Decker, St. Louis, 1993, pp 217-219.

20.    **Shapiro ED**:  *Haemophilus influenzae* type b.  In: Burg FD, Ingelfinger JR, Wald ER, eds.  Current Pediatric Therapy, Volume 14.  W. B. Saunders, Philadelphia, 1993, pp 570-573.

21.    **Shapiro ED**:  Lyme disease.  In: Burg FD, Ingelfinger JR, Wald ER, eds.  Current Pediatric Therapy, Volume 14.  W. B. Saunders, Philadelphia, 1993, pp 610-612.

22.    **Shapiro ED**:  Lyme disease.  In: Jenson H, Baltimore R, eds.  Pediatric Infectious Diseases: Principles and Practice.  Appleton and Lange, 1995:Norwalk,CT, pp 429-438.

23.    **Shapiro ED**: Protective efficacy trials In:  Ellis RW, Granoff DM, eds.  Development and clinical uses of Haemophilus b conjugate vaccines.  New York:  Marcel Dekker 1994; pp.339-356.

24.    **Shapiro ED**:  Urinary tract infections.  In: Burg FD, Ingelfinger JR, Wald ER, Polin RA, eds.  Current Pediatric Therapy, Volume 15.  W. B. Saunders, Philadelphia, 1995 pp. 419-421.

25.    **Shapiro ED**:  Lyme disease.  In: Burg FD, Ingelfinger JR, Wald ER, Polin RA, eds.  Current Pediatric Therapy, Volume 15.  W. B. Saunders, Philadelphia, 1995 pp. 605-607.

26.    **Shapiro ED**: Lyme disease.  Semin Pediatr Infect Dis 1994;5:112-20.

27.    Baltimore RS, **Shapiro ED**:  Lyme disease.  Pediatrics in Review  1994;15:167-173.

28.    McCarthy PL, Bachman DT, **Shapiro ED**, Baron MA: Fever without apparent source on clinical examination, lower respiratory infections in children, bacterial infections, acute gastroenteritis and diarrhea of infancy and early childhood. Current Opinion in Pediatrics 1995;7:107-125.

29.    **Shapiro ED**: Lyme disease.  In: Long SS, Pickering LK, Prober CG, eds, Principles and Practice of Pediatric Infectious Diseases. Churchill Livingstone 1996; pp.1061-1067.

30.    **Shapiro ED**. Fever without localizing signs,  In: Long SS, Pickering LK, Prober CG, eds, Principles and Practice of Pediatric Infectious Diseases. Churchill Livingstone 1996; pp.119-124.

31.    **Shapiro ED**. Leptospirosis.  In: Long SS, Pickering LK, Prober CG, eds, Principles and Practice of Pediatric Infectious Diseases. Churchill Livingstone 1996; pp.1061-1067.

32.    **Shapiro ED**. Other Treponema species: *Borrelia* species and *Spirillum minor*.  In:Long SS, Pickering LK, Prober CG, eds, Principles and Practice of Pediatric Infectious Diseases. Churchill Livingstone 1996; pp. 1067-1069.

33.    McCarthy PL, Klig JE, **Shapiro ED**, Baron MA: Fever without apparent source on clinical examination, lower respiratory infections in children, other infectious diseases, and acute gastroenteritis and diarrhea of infancy and early childhood. Current Opinion in Pediatrics 1996;8:75-93.

34.    **Shapiro ED**:  Lyme disease.  In: Behrman RE, Kliegman RM, Arvin AM eds.  Nelson Textbook of Pediatrics Volume 15.  W. B. Saunders, Philadelphia, 1996, pp 831-834.

35.    **Shapiro ED**: Lyme disease in children.  In: Rahn DW, Evans JE, eds. Lyme disease. American  College of Physicians, Philadelphia, 1998,  pp. 123-35

36.    **Shapiro ED**. Epidemiology and Biostatistics. In: Feigin R, Cherry J, eds.  Textbook of Pediatric Infectious Diseases, 4th ed. W.B. Saunders, Philadelphia 1997 pp. 2907-21.

37.    **Shapiro ED**. Lyme Disease, In: Stockman JA III, Lohr JA, eds.  Essence of Office Pediatrics, W. B. Saunders Co., Philadelphia, 2001. p. 249

38.    **Shapiro ED**. Rocky Mountain Spotted Fever, In: Stockman JA III, Lohr JA, eds. Essence of Office  Pediatrics, W. B. Saunders Co., Philadelphia, 2001. p. 346

39.    **Shapiro ED**, Seltzer EG.  Lyme disease in children.  Semin Neurol 1997;17:39-44.

40.    **Shapiro ED**. Lyme disease. Pediatrics in Review 1998;19:147-54.

41.    **Shapiro ED**. Tick-borne diseases. Adv Pediatric Infect Dis 1997;13:187-211.

42.    **Shapiro ED**. Tick-borne diseases. In: Katz SL, Gershon AA, Hotez PJ, eds, Krugman=s infectious diseases of children (10th ed), Mosby, St. Louis, MO, 1998 pp. 508-537.

43.    **Shapiro ED**. Epidemiology of acute respiratory infections. Semin Pediatr Infect Dis 1998;9:31-6.

44.    **Shapiro ED**. Meningococcal Infections. In: Donowitz LG, ed. Infection Control in the child care center and preschool. Williams and Wilkins, Baltimore, 3rd ed. 1996, pp 183-186.

45.    **Shapiro ED**. Management of persons bitten by deer ticks. The Report on Pediatric Infectious Diseases 1997;7:19-20.

46.    McCarthy PL, Klig JE, Kahn JS, **Shapiro ED**, Baron MA. Fever without apparent source on clinical examination, lower respiratory infections in children, other infectious diseases, and acute gastroenteritis and diarrhea of infancy and early childhood. Current Opinion in Pediatrics 1997;9:105-26.

47.    **Shapiro ED**, Coleman DL. *Borrelia burgdorferi*. In: Yu VL, Merigan TC Jr, Barriere SL, eds. Antimicrobial Therapy and Vaccines. Williams and Wilkins, Baltimore:1999, pp 60-71.

48.    **Shapiro ED**. Lyme disease. In: Rakel RE, Bope ET, eds, Conn=s Current Therapy. W.B. Saunders, Philadelphia, 2001; pp 128-131.

49.    **Shapiro ED**, Coleman DL. The Scholarship of Application. Academic Medicine 2000;75:895-898.

50.    Wormser GP, Nadelman RB, Dattwyler RJ, Dennis DT, **Shapiro ED**, Steere AC, Rush TJ, Rahn DW, Coyle PJ, Persing DH, Fish DH, Luft BJ. Infectious Diseases Society of America Practice Guidelines for the Treatment of Lyme Disease. Clin Infect Dis 2000;31 (Suppl 1): S1-S14.

51.    **Shapiro ED**: Lyme disease. In: Burg FD, Ingelfinger JR, Wald ER, Polin RA, eds. Current Pediatric Therapy, W.B. Saunders, Philadelphia, 2000 pp. 605=7.

52.    **Shapiro ED**, Gerber MA, Krilov L. Lyme disease and Lyme hysteria. CME Audiotape. American Academy of Pediatrics, Vol. 22, No. 2, 2001.

53.    **Shapiro ED**, Fish D. Removal of Ticks. Pediatr in Review CD-ROM 1998;19:12.

54.    **Shapiro ED**. Diagnosing Lyme disease: Great imitator or grand illusion? Infect Dis Child 2001;14:12-7.

55.    Gerber MA, **Shapiro ED**. Late Lyme disease: Clearing up the confusion. Contemp Pediatr 2001;18: 46-56.

56.    **Shapiro ED**, Gerber MA. Lyme disease: Fact versus fiction. Pediatr Annals 2002;31:170-7.

57.    **Shapiro ED**: Babesiosis. In: Burg FD, Ingelfinger JR, Polin RA, Gershon AA, eds. Current Pediatric Therapy, Volume 17, W.B. Saunders, Philadelphia, 2002 pp. 83-86.

58.    **Shapiro ED**: Lyme disease. In: Burg FD, Ingelfinger JR, Polin RA, Gershon AA, eds. Current Pediatric Therapy, Volume 17, W.B. Saunders, Philadelphia. 2002 p. 178.

59.    **Shapiro ED**: Lyme disease. In: Jenson H, Baltimore R, eds. Pediatric Infectious Diseases: Principles and Practice. 2nd edition. W. B. Saunders, 2002:Philadelphia, pp 348-53.

60.    **Shapiro ED**: Lyme disease. In: Long SS, Pickering LK, Prober CG, eds, Principles and Practice of Pediatric Infectious Diseases. 2nd edition, Churchill Livingstone Philadelphia: 2003; pp.965-9.

61.    **Shapiro ED**: Other *Treponema* species: *Borrelia* and *Spirillum minus*. In: Long SS, Pickering LK, Prober CG, eds, Principles and Practice of Pediatric Infectious Diseases. 2nd edition, Churchill Livingstone Philadelphia: 2003; pp.969-71.

62.    **Shapiro ED**. Fever without localizing signs. In: Long SS, Pickering LK, Prober CG, eds, Principles and Practice of Pediatric Infectious Diseases. 2nd edition, Churchill Livingstone Philadelphia: 2003; pp.110-14.

63.    **Shapiro ED**. *Leptospira* species (Leptospirosis). In: Long SS, Pickering LK, Prober CG, eds, Principles and Practice of Pediatric Infectious Diseases. 2nd edition, Churchill Livingstone Philadelphia: 2003; pp.962-5.

64.    **Shapiro ED**. Case-control studies. Pediatr Infect Dis J 2003;22: 85-7.

65.    **Shapiro ED**. Meningococcal Infections. In: Donowitz LG, ed. Infection Control in the child care center and preschool. Williams and Wilkins, Baltimore, 6th ed. 2003, pp 201-4.

66.    **Shapiro ED**, Coleman DL. *Borrelia burgdorferi*. In: Yu VL, Weber R, Raoult D, eds. Antimicrobial Therapy and Vaccines. Vol. I: Microbes. 2nd ed. Apple Tree Productions, LLC. New York: 2002; pp 103-15.

67.    **Shapiro ED**. Epidemiology and Biostatistics. In: Feigin RD, Cherry JD, Demmler GJ, Kaplan SL, eds. Textbook of Pediatric Infectious Diseases, 5th ed. W.B. Saunders, Philadelphia: 2003; pp3332-45.

68.    **Shapiro ED**. Tick-borne diseases. In: Katz SL, Gershon AA, Hotez PJ, eds, Krugman=s infectious diseases of children (11th ed), Mosby, St. Louis, MO, In Press

69.    **Shapiro ED**. Lyme disease. In: Baker CJ, Wilson C, Klein J, Remington J, eds. Infectious Diseases of the Fetus and Newborn Infant, 6th ed. Elsevier, Philadelphia, PA 2006; pp. 485-97.

70.    **Shapiro ED**. Lyme disease. In: Burg FD, Ingelfinger JR, Polin RA, Gershon AA, eds. Current Pediatric Therapy, Volume 18, W.B. Saunders, Philadelphia: 2006; pp. 712-6.

71.    **Shapiro ED**. Ehrlichiosis. In: Burg FD, Ingelfinger JR, Polin RA, Gershon AA, eds.Current Pediatric Therapy, Volume 18, W.B. Saunders, Philadelphia: 2006; pp 842-44.

72.    **Shapiro ED**. Meningococcal Infections. In: Donowitz LG, ed. Infection Control in the child care center and preschool. Williams and Wilkins, Baltimore, 7th ed. 2006, pp 200-3.

73.    **Shapiro ED:** Lyme disease. In: Kliegman RM, Behrman RE, Jenson HB, Stanton BF, eds. Nelson Textbook of Pediatrics 18th ed. W. B. Saunders, Philadelphia, 2007, pp 1274-8.

74.    **Shapiro ED**. Biostatistics. In: Feigin RD, Cherry JD, Demmler GJ, Kaplan SL, eds. Textbook of Pediatric Infectious Diseases, 6th ed. W.B. Saunders, Philadelphia: In Press

75.    Baltimore RS, **Shapiro ED**. Epidemiology In: Feigin RD, Cherry JD, Demmler GJ, Kaplan SL, eds. Textbook of Pediatric Infectious Diseases, 5th ed. W.B. Saunders, Philadelphia: In Press

**<u>EXHIBIT B</u>**

# Yale University

### SCHOOL OF MEDICINE

Department of Pediatrics
333 Cedar Street
P.O. Box 208064
New Haven, Connecticut 06520-8064

**Eugene D. Shapiro, M.D.**
*Professor of Pediatrics, Epidemiology*
*and Investigative Medicine*

May 8, 2008

Ann B. Chase, Esq.
Fitzgerald and Fitzgerald, PC
538 Riverdale Avenue
Yonkers, New York  10705

### Re: Luz Vega

Dear Ms. Chase:

I have reviewed the records that you sent to me about Luz Vega.  Based on my education and training and review of this material, within a reasonable degree of medical probability, it is my opinion that the cerebral palsy and profound psychomotor retardation and other injuries sustained by Luz are not the result of congenital syphilis.  The reasons for my opinion include the following:

1. Luz's mother received treatment with penicillin during pregnancy long before Luz's birth.
2. Results of non-treponemal antibody tests (RPR) of the blood (and one treponal antibody test) in the early neonatal period were either negative or had low-positive titers (1:1 or 1:2), consistent with antibody passively acquired from the mother rather than infection of the fetus.
3. Analysis of the cerebrospinal fluid showed no evidence of inflammation of the central nervous system.  The white blood cell count and the concentration of protein were normal and the VDRL test result was negative, all of which indicate that neurosyphilis was not present.
4. The serum FTA antibody test result done on May 6, 2008 was negative.  This is overwhelmingly strong evidence that Luz never had congenital syphilis, since this test remains positive for many years (usually for life) after infection.
5. I understand that other experts (as well as the physicians who cared for the child at birth) have opined that this child suffered hypoxic ischemic encephalopathy (HIE).  Certainly this is a much more plausible explanation for the child's clinical course, since children with congenital syphilis do not have the very low Apgar scores, hypotonia followed by hypertonia and other clinical features that are typical in children with HIE that characterized Luz's clinical course.

Yours truly,

Eugene D. Shapiro, M.D.
Professor of Pediatrics, Epidemiology and Investigative Medicine

## ATTORNEY DECLARATION OF SERVICE

The undersigned, an attorney admitted to practice law before the Courts of the State of New York and this Court, hereby declares under penalty of perjury that on May 9, 2008 he served the following document:

**Plaintiff's Rule 26(a)(2) Disclosure for Eugene Shapiro, M.D.**

By First Class Mail upon:

SHAUB AHMUTY CITRON & SPRATT, LLP
Attorneys for Defendant/Third-Party Plaintiff
Bronx Lebanon Hospital Center
Attn: JOHN PATERNITI, ESQ
655 Third Avenue
New York, New York 10017
Telephone: (212) 599 – 8200
Facsimile: (212) 599 - 7765
E-mail: jpaterniti@sacslaw.com

JONES HIRSCH CONNORS & BULL, P.C.
Attorneys for Defendant
Iliana Robinson, M.D.
Attn: MICHAEL KELLY, ESQ
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 527-1000
Facsimile: (212) 527 -1680
E-mail: mkelly@jhcb.com
Alternative Telephone: (516) 535-5579

UNITED STATES ATTORNEYS OFFICE
Attorneys for Third-Party Defendant
Morris Heights Health Center, Inc.
Attn: PETER M. SKINNER, AUSA
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2601
Facsimile:   (212) 637 – 2730
E-mail: peter.skinner@usdoj.gov

Dated: Yonkers, New York
       May 9, 2008

_____
John J. Leen (JL5550)