\\rhino\TrialWorks\CaseFiles\9808\Discovery\Discl of Expert Testimony\2jmd Rule 26 Expert Disclosure Soudry-7.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUZ M. VEGA, an Infant by Her Parent And
Natural Guardian, MANUELA VALENTIN,

                        Plaintiffs,

   -against-

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

                        Defendants.
------------------------------------------------------------X
THE BRONX-LEBANON HOSPITAL CENTER,

                        Third-Party Plaintiff,

   -against-

MORRIS HEIGHTS MEDICAL CENTER,

                        Third-Party Defendant.
------------------------------------------------------------X

**ECF CASE**

07 Civ. 2940 (GEL)

## PLAINTIFF'S FRCP RULE 26(a) (2)
## DISCLOSUE OF EXPERT TESTIMONY

Plaintiff Luz. M. Vega, an Infant, by her Parent and Natural Guardian, Manuela Valentin, by and through her attorneys, Fitzgerald & Fitzgerald, P.C., 538 Riverdale Avenue, Yonkers, New York 10705, hereby provides its disclosure of expert testimony Rule 26(a) (2) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), as follows:

    1.     Plaintiff will call Michael Soudry to testify as the economics expert at the trial of this matter.

    2.     The qualifications of Michael Soudry are set forth in his curriculum vitae, a copy of which is annexed hereto as **Exhibit "A"**.

3. Michael Soudry will testify regarding the cumulative costs of past and future economic damages from the date of injury to present including medical care, equipment, custodial care, and extraordinary care, average earnings, the cost of custodial care, the cost of extraordinary medical care, the cost of medical equipment and supplies, medical monitoring, rehabilitative therapies including counseling and tutoring, and the cost of private schooling as more fully set forth in his report a copy of which is attached hereto and made a part hereof as **Exhibit "B"**.

4. He is expected to testify as to the future earnings for a minimum wage earner, a high school graduate, a two-year college graduate and a four – year college graduate. He is expected to project average earnings through the end of work life expectancy as more fully set forth in his report a copy of which is attached hereto as **Exhibit "B"**.

5. The grounds for Michael Soudry's report will be his review of the Bureau of Labor Statistics, Medical care Inflation Components, historical average and historical average wage growth (home aide); US census Bureau, PINC-04 Educational Attainment – People 18 years Old and Over by Total Money Earnings in 2006; 2008 Economic Report of the President, Table B-48 – Employment cost index private industry; Journal of Legal Economics 11 (1) 2001; phone surveys and Web-sites; relevant medical reports, documentation, pleadings, deposition transcripts and any evidence adduced during discovery and at the time of trial as well as said expert's training experience, knowledge, expertise, and education in this field.

6. Annexed hereto as part of **Exhibit "A"** is a list of publications by Michael Soudry that have been published over the past ten (10) years.

7. Annexed hereto as part of **Exhibit "A"** is a list of all other cases in which the expert has testified as an expert at trial or by deposition in the past fours years.

8. Michael Soudry's testimony fee is $2,600.00 for a half day's appearance in court. Michael Soudry's hourly rate is $300.00 for report and deposition preparation and deposition testimony.

The right to supplement and modify these projections estimates at trial based upon current review of the condition of plaintiff is reserved by plaintiff.

Dated: Yonkers, New York
       May 9, 2008

FITZGERALD & FITZGERALD, P.C.
Attorneys for Plaintiff

By: John M. Daly (JD 8521)
538 Riverdale Avenue
Yonkers, New York 10705
Telephone: (914) 378-1010
Facsimile: (914) 378-1092
E-mail: jdaly@lawfitz.com

TO:    SHAUB AHMUTY CITRON & SPRATT, LLP
Attorneys for Defendant/Third-Party Plaintiff
Bronx Lebanon Hospital Center
Attn: JOHN PATERNITI, ESQ
655 Third Avenue
New York, New York 10017
Telephone: (212) 599 – 8200
Facsimile: (212) 599 - 7765
E-mail: jpaterniti@sacslaw.com

JONES HIRSCH CONNORS & BULL, P.C.
Attorneys for Defendant
Iliana Robinson, M.D.
Attn: MICHAEL KELLY, ESQ
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 527-1000
Facsimile: (212) 527 -1680
E-mail: mkelly@jhcb.com
Alternative Telephone: (516) 535-5579

UNITED STATES ATTORNEYS OFFICE
Attorneys for Third-Party Defendant
Morris Heights Health Center, Inc.
Attn: PETER M. SKINNER, AUSA
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2601
Facsimile:  (212) 637 – 2730
E-mail: peter.skinner@usdoj.gov

**EXHIBIT A**

Case 1:07-cv-02940-GEL    Document 20    Filed 05/09/2008    Page 5 of 11

# ECO-STAT LLC
ECONOMIC AND STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973-929-3532 Tel
973-929-3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

## Michael Soudry, M.B.A.
### Forensic Economist

**EDUCATION:**

1991-1993   MASTER OF BUSINESS ADMINISTRATION with major in Finance
Coursework in Corporate Finance, Advanced Mathematics and Statistics
Hebrew University of Jerusalem

1987-1990   B.A. in Economics, Minor in Sociology
Hebrew University of Jerusalem

**EXPERIENCE:**

1995 - Present   ECO-STAT LLC
*Forensic Economist*
- Advise attorneys and insurance companies on the extent of economic loss in matters relating to: personal injury, wrongful death, life care plan costs, wrongful termination, business interruptions and statistical analysis.
- Prepare economic loss reports for matters to be tried in New York Supreme, New Jersey Superior, and Federal District Courts.
- Critically analyze reports prepared by other economists, and the economic content of reports prepared by vocational experts, certified public accountants, and actuaries.
- Provide expert witness testimony.

1993-1995   ISRAELI ECONOMIC MISSION, New York, NY
*Economist, Assistant Fiscal Officer, Ministry of Finance*
- Collected and analyzed data on the Israeli and U.S. economies and financial markets. Provided specialized economic information on Israel to investment banking firms, researchers, and the general public.
- Created a financial model to determine the best structure for a bond issue.
- Compared bids by investment banks for bond issues.
- Assisted Fiscal Director with the financial aspects of projects including budgeting and accounting, approved bills for payment and the evaluation for a consulate relocation site.

1991-1993   ISRAELI PRIME MINISTER'S OFFICE, Jerusalem, Israel
*Economist/Researcher, Bureau of Statistics*
- Analyzed monthly and annual data on sales, balance sheets, inventory, employment, productivity, and R&D expenditures from 2,000 companies.
- Computerized data collection system to increase survey efficiency.
- Prepared detailed survey questionnaires annually to collect data on Israeli industry.

1991-1993   HEBREW UNIVERSITY of Jerusalem
*Coordinator, Community Service and Leadership Development Program*
- Directed twenty-two Master's Degree students in public service projects, monitored their progress, and assisted them in developing leadership skills.

1983-1986   ISRAELI NAVAL INTELLIGENCE
*Security Clearance*, Haifa, Israel

**PROFESSIONAL ASSOCIATIONS AND ACTIVITIES:**

April 10, 2003, Presenter at the Federal Victim Compensation Fund Training for the Association of the Bar of the City of New York

September 10, 2002, was quoted in the Bloomberg News article, "Orphaned Boys Challenge Sept. 11 Fund Over $2.3 Million Loss"

April 2000, Presenter of "Comparisons of Wage and Non-Wage Recoverable Losses" to attorneys

March 1997, Presenter of "Evaluation of Job Maintenance Expenses as Distinct from Personal Consumption" for the Annual Convention of the American Academy of Economic and Financial Experts

Member of: The Eastern Economic Association; The American Academy of Economic and Financial Experts; and National Association of Forensic Economics

# ECO-STAT LLC
ECONOMIC AND STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Avenue
East Hanover, NJ 07936
973-929-3532 Tel
973-929-3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

## Michael Soudry's Trial History 2004 – 2008

| Court | Case Name |
|---|---|
| **2008** | |
| Superior Court (Essex County, NJ) - Judge Paul J. Vichness | Ocean Frost |
| Superior Court (Manhattan, NY)-Judge Sheila Abdus-Salaam | Areis Gordon |
| Supreme Court (Brooklyn, NY)-Judge Partnoy | Christine Mueller |
| NASD Dispute Resolution (Atlanta, GA) | Guarraci & Jones |
| Superior Court (Brooklyn, NY) – Judge Jack Battaglia | Georgeann Esposito |
| Superior Court (Brooklyn, NY)-Judge Partnow | Tywan Davis |
| Supreme Court (Queens, NY)-Judge Roger Rosengarten | Nyah Dryden |
| Federal Court (Newark, NJ)-Judge D.R. Debevoise | Dana Ramsdell |
| | |
| **2007** | |
| American Arbitration Association (Manhattan, NY) | Keith Aronoff |
| Superior Court (Morris County, NJ) – Judge Dumont | Deborah Pool |
| Supreme Court (Queens, NY) – Judge Martin E. Ritholtz | Cleveland Calliste |
| Supreme Court (Brooklyn, NY) – Judge Weston Patterson | T & L Burnett |
| NASD Dispute Resolution (Manhattan, NY) | Taub & Weissman |
| Supreme Court (Queens, NY) – Judge Patricia P. Satterfield | Valerie Jimenez |
| Supreme Court (Queens, NY) – Judge Lawrence V. Cullen | Cesar Alvarado |
| JAMS Arbitration (Manhattan, NY) | William Barone |
| Supreme Court (Queens, NY)–Judge James Dollard | Kobe Robins |
| Superior Court (Passaic County, NJ)-Judge Graziano | Howe-Benjamin |
| Supreme Court (Manhattan, NY)-Judge Sheila Abdus-Salaam | Sean Rivera |
| Supreme Court (Queens, NY) – Judge H. Kerrigan | Joshua Martinez |
| Superior Court (Bergen County, NJ) - Judge Russello | Fred Heisman |
| NYSE Arbitration (Massachusetts) | Robert Stein |
| Supreme Court (Manhattan, NY)-Judge Marilyn Shafer | B. Gomez-Martillo |
| Supreme Court (Queens, NY)-Judge Phyllis Flug | Izaya Gray |
| | |
| **2006** | |
| Supreme Court (Bronx, NY) - Judge Stanley Green | Cynthia Morales |
| NASD Dispute Resolution (Manhattan, NY) | Frederick O'Meally |
| Supreme Court (Queens, NY)—Judge Peter J. O'Donoghue | Carlson Grant |
| Supreme Court (Brooklyn, NY)—Judge Lawrence S. Knipel | Corey Lovett |
| Superior Court (Union County, NJ)—Judge John Pisansky | Napoleon Tejada |
| Supreme Court (Bronx, NY)—Judge Patricia A. Williams | Joseph Faddool |
| Supreme Court (Brooklyn, NY)—Judge Lawrence S. Knipel | Stephanie Muniz |
| Supreme Court (Orange County, NY)—Judge Joseph G. Owen | Edwin Reilly |
| Supreme Court (Brooklyn, NY)—Judge Diana Johnson | Jimmy Martinez |
| Supreme Court (Riverhead, NY)—Judge Arthur Pitts | David Rivera |
| Supreme Court (Queens, NY)—Judge Augustus C. Agate | Nicholas Chambers |
| Federal Court (Manhattan, NY)—Judge Lawrence McKenna | David Ebert |
| Superior Court (Ocean County, NJ)—Judge Edward M. Oles | Tom Morgano |
| Federal Court (Central Islip, NY)—Judge Donald Blydenburgh | Pamela Tutrani |
| Supreme Court (Manhattan, NY)—Judge Alice Schlesinger | Taamel Dawson |
| NASD Dispute Resolution (Phoenix, AZ) | Jerry L. Nichols |
| Supreme Court (Manhattan, NY)—Judge Joan Carey | Kevin Jackson |
| Supreme Court (Manhattan, NY)—Judge Eileen Bransten | Marlenis Acosta |
| Supreme Court (Rockland County, NY)—Judge Margaret Garvey | Stacey Gersten |
| | |
| **2005** | |
| Federal Court (Manhattan, NY) - Judge Debra Freeman | Kelly Fitzpatrick |
| Supreme Court (Manhattan, NY) – Judge Lottie E. Wilkins | David Alvarado |
| Supreme Court (Brooklyn, NY) – Judge Sylvia Hinds-Radix | Frank Castellano |
| Supreme Court (Manhattan, NY) – Judge Edward H. Lehner | Klara & Thomas Rena |

Superior Court (Morristown, NJ) – Judge David S. Cramp
Superior Court (Bergen County) – Judge Robert Wilson
Supreme Court (Brooklyn, NY) – Judge David Vaughan
Supreme Court (Brooklyn, NY) – Judge Gloria Dabiri
Court of Common Pleas (Horry County, SC) – Judge James S. Cross, Jr.
Supreme Court (Brooklyn, NY) – Judge Joseph S. Levine
Federal Court (Manhattan, NY) – Judge Samuel Conti
NYSE Arbitration
Superior Court (New Brunswick, NJ)

### 2004
Supreme Court (Manhattan, NY) - Judge Michael Stallman
Supreme Court (Riverhead, NY) – Judge Ralph Costello
Federal Court (White Plains, NY) – Judge Mark D. Fox
Supreme Court (Manhattan, NY) – Judge Sheila Abdus-Salaam
Superior Court (Newark, NJ) - Judge Camille Kenny
Superior Court (New Brunswick, NJ) - Judge Mark Epstein
Federal Court (Manhattan, NY) - Judge Debra Freeman
Superior Court (New Brunswick, NJ) - Judge Vincent LeBlon
Superior Court (New Brunswick, NJ) - Judge James Hurley
Supreme Court (Brooklyn, NY) - Judge Jules Spodeck
NASD Dispute Resolution (Manhattan, NY)
Supreme Court (Kingston, NY) - Judge Bernard J. Malone
Supreme Court (Brooklyn, NY) – Judge Joseph Levine

Toni Mohamad
Pantelis Andriopoulos
Theresa Chirieleison
Atiba Clarke
Sundown Operating Co.
Cheryl Wallace
Matthew Cooper
Savino, et al
Cutberto G. Sarabia

Mike Tsangari
Patricia Hanley
Laura Danielson
Ernesto Estrada
Craig Royer
Joseph Michaels
David Carmody
Salvatore Modica
Benjamin Manee
Joshua Bonilla
Paul Bodet
Joseph Caserto
Patricia Masotto

**JIM DUFFY**

From: MSoudry@friedmanllp.com
Sent: Tuesday, May 06, 2008 3:30 PM
To: JIM DUFFY
Subject: Vega



SCAN8830_000.pdf
   (213 KB)
          CV and 4 yrs trials

---

Michael Soudry, M.B.A.
Eco-Stat LLC *
www.ecostat.com

100 Eagle Rock Ave., East Hanover, NJ 07936
T: 973-929-3532

1700 Broadway, New York, NY 10019
T: 212-842-7695
* Eco-Stat is an affiliate of Friedman LLP


-----Original Message-----
From: scanner@friedmanllp.com [mailto:scanner@friedmanllp.com]
Sent: Tuesday, May 06, 2008 3:09 PM
To: Soudry, Michael
Subject:

------------------------------------------------------------

Any tax advice contained in this email, including attachments, cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer. This statement is made pursuant to Circular 230 (U.S. Treasury Regulations governing tax practice). ------------------------------------------------------------
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any dissemination or copying of this material, or taking of any action by anyone other than the intended recipient, is strictly prohibited. If you received this in error, please contact the sender by reply email and delete it from your system.

1

**EXHIBIT B**

## ATTORNEY DECLARATION OF SERVICE

The undersigned, an attorney admitted to practice law before the Courts of the State of New York and this Court, hereby declares under penalty of perjury that on May 9, 2008 he served the following document:

**Plaintiff's Rule 26(a)(2) Disclosure for Michael Soudry**

By First Class Mail upon:

SHAUB AHMUTY CITRON & SPRATT, LLP
Attorneys for Defendant/Third-Party Plaintiff
Bronx Lebanon Hospital Center
Attn: JOHN PATERNITI, ESQ
655 Third Avenue
New York, New York 10017
Telephone: (212) 599 – 8200
Facsimile: (212) 599 - 7765
E-mail: jpaterniti@sacslaw.com

JONES HIRSCH CONNORS & BULL, P.C.
Attorneys for Defendant
Iliana Robinson, M.D.
Attn: MICHAEL KELLY, ESQ
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 527-1000
Facsimile: (212) 527 -1680
E-mail: mkelly@jhcb.com
Alternative Telephone: (516) 535-5579

UNITED STATES ATTORNEYS OFFICE
Attorneys for Third-Party Defendant
Morris Heights Health Center, Inc.
Attn: PETER M. SKINNER, AUSA
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2601
Facsimile:   (212) 637 – 2730
E-mail: peter.skinner@usdoj.gov

Dated: Yonkers, New York
       May 9, 2008

_____
John J. Leen (JL5550)