\\rhino\TrialWorks\CaseFiles\9808\Discovery\Discl of Expert Testimony\Rule 26 Expert Disclosure CARFI 4.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUZ M. VEGA, an Infant by Her Parent And
Natural Guardian, MANUELA VALENTIN,

                                **ECF CASE**

          Plaintiffs,

                                07 Civ. 2940 (GEL)

    -against-

THE BRONX-LEBANON HOSPITAL CENTER,
ILIANA ROBINSON,

          Defendants.
------------------------------------------------------------X
THE BRONX-LEBANON HOSPITAL CENTER,

          Third-Party Plaintiff,

    -against-

MORRIS HEIGHTS MEDICAL CENTER,

          Third-Party Defendant.
------------------------------------------------------------X

## PLAINTIFF'S FRCP RULE 26(a) (2)
## DISCLOSUE OF EXPERT TESTIMONY

      Plaintiff Luz. M. Vega, an Infant, by her Parent and Natural Guardian, Manuela Valentin,

by and through her attorneys, Fitzgerald & Fitzgerald, P.C., 538 Riverdale Avenue, Yonkers,

New York 10705, hereby provides its disclosure of expert testimony Rule 26(a) (2) of the

Federal Rules of Civil Procedure ("Fed. R. Civ. P."), as follows:

      1.      Plaintiff expects to call Joseph Carfi, M.D., as an expert witness in the field of

physical medicine and rehabilitation medicine at the trial of this matter.

      2.      The qualifications of Dr. Carfi are set forth in his curriculum vitae, a copy of which

is annexed hereto as **Exhibit "A"**.

      3.      It is expected that Dr. Carfi will testify consistently with the information contained

in the Life Care Plan he has prepared for the infant plaintiff Luz Vega a copy of which is attached

hereto and made a part hereof as **Exhibit B.**

      4.      It is expected that Dr. Carfi will testify as to his expert as to the effect the plaintiff's

injuries will have on her life, including her needs and services and the effect on her employability

and as is more fully set forth in the life care plan that is attached hereto as Exhibit B.

      5.      The grounds for Dr. Carfi's testimony will be his review of all relevant medical

records, including the labor and delivery, newborn, subsequent treatment records, reports of

examinations, school and therapy records together with the pleadings, deposition transcripts, his

knowledge, training, expertise, education and experience in the field of rehabilitative medicine as

well as any further testimony or evidence developed during discovery or at trial.

      6.      Annexed hereto as part of **Exhibit "A"** is a list of cases in which Dr. Carfi has

testified as an expert at trial or by deposition within the past four years.

      7.      Dr Carfi's testimony fee is $8,000.00 for a full day's appearance in court. His fee

for the medical record review and report is $390.00 per hour. Dr. Carfi's hourly rate is $500.00   for

deposition preparation and testimony. The cost of preparing the life care plan is $2,650.00.

      8.      Plaintiff reserves the right to supplement this response if and when additional

information becomes known.

Dated: Yonkers, New York
May 30, 2008

FITZGERALD & FITZGERALD, P.C.
Attorneys for Plaintiff

By:     John M. Daly (JD 8521)
538 Riverdale Avenue
Yonkers, New York 10705
Telephone: (914) 378-1010
Facsimile: (914) 378-1092
E-mail: jdaly@lawfitz.com

TO:    SHAUB AHMUTY CITRON & SPRATT, LLP
Attorneys for Defendant/Third-Party Plaintiff
Bronx Lebanon Hospital Center
Attn: JOHN PATERNITI, ESQ
655 Third Avenue
New York, New York 10017
Telephone: (212) 599 – 8200
Facsimile: (212) 599 - 7765
E-mail: jpaterniti@sacslaw.com

JONES HIRSCH CONNORS & BULL, P.C.
Attorneys for Defendant
Iliana Robinson, M.D.
Attn: MICHAEL KELLY, ESQ
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 527-1000
Facsimile: (212) 527 -1680
E-mail: mkelly@jhcb.com
Alternative Telephone: (516) 535-5579

UNITED STATES ATTORNEYS OFFICE
Attorneys for Third-Party Defendant
Morris Heights Health Center, Inc.
Attn: PETER M. SKINNER, AUSA
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2601
Facsimile:   (212) 637 – 2730
E-mail: peter.skinner@usdoj.gov

## **EXHIBIT A**

# CURRICULUM VITAE

## JOSEPH CARFI, M.D.

### 2001 MARCUS AVE., SUITE N-219
### LAKE SUCCESS, NY 11042

### PHONE (516) 327-8810 * FAX (516) 358-9802

## EDUCATIONAL BACKGROUND

| | |
|---|---|
| 1970 - 1971 | Carnegie-Melon University |
| 1971 - 1974 | State University of New York at Albany<br>B.S. Biology, Cum Laude |
| 1975 - 1977 | Rensselear Polytechnic Institute<br>M.S. Chemistry |
| 1977 - 1981 | Mount Sinai School of Medicine<br>M.D. |

## HOSPITAL TRAINING

| | |
|---|---|
| 1981 - 1984 | New York University Medical Center<br>Rusk Institute of Rehabilitation Medicine<br>Residency Program |
| 10/01/83 - 12/31/83 | Bellevue Hospital<br>Chief Resident |
| 01/01/84 - 06/30/84 | Rusk Institute<br>Chief Resident |

## HOSPITAL AND ACADEMIC APPOINTMENTS

| | |
|---|---|
| 09/93 - 03/01 | Clinical Assistant<br>Sound Shore Medical Center<br>New Rochelle, New York |
| 09/93 - 03/01 | Assistant Attending<br>St. John=s Riverside Hospital<br>Yonkers, New York |

JOSEPH CARFI, M.D.

## HOSPITAL AND ACADEMIC APPOINTMENTS (CON=T)

| | |
|---|---|
| 11/92 - 09/98 | Assistant Attending<br>United Presbyterian Nursing Home<br>Syosset, New York |
| 08/90 - Present | Private Practice<br>Physical Medicine, Rehabilitation and Electrodiagnosis |
| 08/90 - 07/92 | Medical Director<br>New Medico Associates of Nassau |
| 01/91 - Present | Clinical Assistant<br>Winthrop University Hospital<br>Mineola, New York |
| 07/90 - Present | Assistant Attending<br>Mount Sinai Hospital<br>New York, New York |
| 07/90 - Present | Assistant Clinical Professor of Rehabilitation Medicine<br>Department of Rehabilitation Medicine<br>Mount Sinai School of Medicine<br>New York, New York |
| 1986 - 07/90 | Assistant Professor of Rehabilitation Medicine<br>Department of Rehabilitation Medicine<br>Mount Sinai School of Medicine<br>New York, New York |
| 1987 - 07/90 | Associate Clinical Director<br>Department of Rehabilitation Medicine<br>Mount Sinai Hospital<br>New York, New York |

JOSEPH CARFI, M.D.

## SPECIALTY BOARDS

| | |
|---|---|
| 1982 | Diplomate, National Board of Medical Examiners |
| 1985 | Diplomate, American Board of Physical Medicine and Rehabilitation |
| 1997 | Certified Independent Medical Examiner<br>American Board of Independent Medical Examiners |

## LICENSE

| | |
|---|---|
| 1982 | New York State License #151201 |

## MEDICAL SOCIETIES

Fellow of the American Academy of Physical Medicine and Rehabilitation

New York Academy of Physical Medicine and Rehabilitation

Associate Member of the American Association of Neuromuscular & Electrodiagnostic Medicine

American Medical Association

American College of Occupational and Environmental Medicine

## AWARDS AND HONORS

AHighest Overall Performance@ award for the three years of Residency at training, New York University

JOSEPH CARFI, M.D.

## OTHER ACTIVITIES

| | |
|---|---|
| March 6, 2008 | Invited Speaker to the New York City Bar Association. ABeyond Liability. Essentials for Prevailing at the Damages Trial In Tort Litigation@ |
| March 9, 2005 | Invited Speaker to the Suffolk County Bar Association. ASpecial Damages in Litigation@ |
| 1990 - Present | Supervisor of Traumatic Brain Injury Clinic at the Mount Sinai Medical Center |
| 1990 - Present | Oral Examiner for American Board of PM&R, Specialty Certification |
| 2001 - Present | Oral Examination Vignette writer for the American Board of PM&R |
| 1987 - 1996 | Journal Reviewer, Archives of Physical Medicine and Rehabilitation |

**\*\*\*List of Presentations and Publications Available Upon Request\*\*\***

# EXHIBIT B

# PHYSIATRY ASSOCIATES P.C.
2001 Marcus Ave., Suite N-219
Lake Success, NY 11042
(516) 327-8810
FAX (516) 358-9802

Joseph Carfi, M.D.
Physical Medicine & Rehabilitation
Electrodiagnosis

May 14, 2008

Jim Duffy
Fitzgerald & Fitzgerald
538 Riverdale Ave.
Yonkers, NY 10705

Re:    Luz Vega

Dear Mr. Duffy:

The appended life care plan was prepared based upon records reviewed inclusive of a narrative from Bruce Roseman, MD, P.C., an interview with the mother of Luz Vega as well as a report from Michael Soudry, MBA of Eco-Stat, LLC. Based upon the above data, my knowledge, training and expertise the appended life care plan has been developed. Should further medical records become available and/or I have the opportunity of personally examining the child I reserve the right to amend my opinions.

My fees for trial testimony are $8,000.00 for a full day; $4,250.00 for a half a day, half day minimum. Deposition testimony is billed at $500.00/hr. Straight time is $390.00 per hour for items such as record review, report preparation, etc. The life care plan fee is a flat $2,650.00. Examination of an individual is $630.00. Enclosed you will also find a list of my testimonies over the last few years as well as a curriculum vitae.

Very truly yours,

Joseph Carfi, M.D.
Assistant Clinical Professor
Department of Rehabilitation Medicine
Mount Sinai Medical Center

JC/dm

Joseph Carfi, MD

5/14/2008

# LIFE CARE PLAN

## LUZ VEGA

| MEDICAL CARE | PURPOSE | FREQUENCY | COST/VISIT | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| Rehabilitation Specialist | Monitor Functional Status, Equipment, etc. | 4X/yr | $155.00 | 1 | $620.00 |
| Orthopedist | Monitor for Contractures and Scoliosis | 2X/yr | $155.00 | 1 | $310.00 |
| Neurologist | Monitor Seizures and Medication | 2X/yr | $155.00 | 1 | $310.00 |

Joseph Carfi, MD

# LIFE CARE PLAN
## LUZ VEGA

5/14/2008

| MEDICATION | PURPOSE | FREQUENCY | BASE COST | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| Depakote 125mg | Prevent Seizures | 3X/day | $193.99/240 caps | 2 | $596.06 |
| Keppra 600mg | Prevent Seizures | 2X/day | $360.94/120 tabs | 2 | $2,372.13 |

Joseph Carfi, MD

LIFE CARE PLAN

LUZ VEGA

5/14/2008

| LAB WORK | PURPOSE | FREQUENCY | COST/VISIT | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| Chem Screen Panel | Monitor Side Effects of Meds | 2X/yr | $85.00 | 3 | $170.00 |
| Depakote Level | Blood Level of Medication | 2X/yr | $94.65 | 3 | $189.10 |
| Keppra Level | Blood Level of Medication | 2X/yr | $105.25 | 3 | $210.50 |
| Electroencephalogram | Test for Seizure Activity | 1X/yr | $300.00 | 4 | $300.00 |

Joseph Carfi, MD

# LIFE CARE PLAN

## LUZ VEGA

5/14/2008

| MEDICAL SUPPLY & EQUIPMENT | PURPOSE | REPLACEMENT FREQUENCY | BASE COST | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| *Routine Supplies: Gloves, Chux, Powder, Wipes, Lotions, etc. | Daily Skin & Incontinence Care | — | $56.00/mo | 5 | $660.00 |
| *Therapy Roll | Physical Therapy | q 2 yrs | $341.95 | 6 | $170.98 |
| *Therapy Ball | Physical Therapy | q 2 yrs | $33.95 | 6 | $16.98 |
| *Therapy Mat 6' x 4' | Physical Therapy | q 2 yrs | $209.95 | 6 | $104.98 |
| Adapted Stroller | Transportation | q 4 yrs to 15 y.o. | $609.95 | 7 | $152.49 |
| *Prone Stander | Encourage Weight Bearing Stimulates Bone Density Circulation | q 3 yrs 9 y.o. thru 15 y.o. | $2,125.00 | 7 | $708.33 |
| *Prone Stander | Encourage Weight Bearing Stimulates Bone Density Circulation | q 5 yrs from 16 y.o. | $2,250.00 | 7 | $450.00 |
| *Mobile Floor Sitter (inc. Feeder Seat ) | Supported Floor Seating | q 3 yrs 9 y.o. thru 15 y.o. | $634.45 | 7 | $211.48 |
| *Mobile Floor Sitter (inc. Feeder Seat ) | Supported Floor Seating | q 6yrs from 16 y.o. | $757.95 | 7 | $151.59 |
| *Home care option only | | | | | |

Joseph Carfi, MD

## LIFE CARE PLAN

### LUZ VEGA

5/14/2008

| MEDICAL SUPPLY & EQUIPMENT | PURPOSE | REPLACEMENT FREQUENCY | BASE COST | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| Lightweight Manual Wheelchair | Mobility, Aid in Care | q 2 yrs to Adult Stature at Age 16 | $2,727.00 | 8 | $1,363.50 |
| Lightweight Manual Wheelchair | Mobility, Aid in Care | q 5 yrs at Adult Size | $1,440.00 | 8 | $288.00 |
| Wheelchair Cushion (Jay Combi) | Seating/Positioning | q 5 yrs | $90.42 | 9 | $18.08 |
| Cushion Cover | Prevent Soiling | q 2 yrs | $56.70 | 9 | $28.35 |
| R & L Ankle/Foot Orthoses | Stabilize Ankle/Foot Prevent Contractures | q 12 - 18 months# | $2,012.00 ($1,006 each) | 10 | $1,341.33 - $2,012.00 |
| R & L Ankle/Foot Orthoses | Stabilize Ankle/Foot Prevent Contractures | q 5 yrs | $2,012.00 ($1,006 each) | 10 | $402.40 |
| *R & L Ankle/Foot Orthoses (For Bed Use) | Prevent Progressive Contractures | q 2 years | $167.88 ($83.94 ea) | 6 | $83.94 |

#Assuming the child reaches adult stature at 16 y.o., orthotic replacement frequency declines to:

*Home care option only

Page 8 of 10

Joseph Carfi, MD

6/14/2008

LIFE CARE PLAN

LUZ VEGA

| HOME EQUIPMENT ADAPTATIONS TRANSPORTATION | PURPOSE | REPLACEMENT/ FREQUENCY | BASE COST | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| *Incontinence Mattress Cover | Prevent Mattress Soiling | 2 ea q 3 yrs | $43.90 ($21.95 ea) | 11 | $14.63 |
| *Adaptive Bath Chair | Body Support During Daily Hygeine | q 6yrs | $626.96 | 7 | $126.19 |
| *Hand Held Shower | Daily Hygeine | q 3 yrs | $66.00 | 11 | $22.00 |
| *Diapers | Prevent Soiling Of Clothes | 10X/day | $74.86/178 To Adult Stature @16 y.o. | 11 | $1,554.36 |
| *Diapers | Prevent Soiling Of Clothes | 10X/day | $69.98/96 Adult Diapers | 11 | $2,279.35 |

*Home Care Option only

Joseph Carfi, MD

LIFE CARE PLAN

LUZ VEGA

5/14/2008

The Following Will be Needed at Adult Stature, 16 y.o.

| HOME EQUIPMENT ADAPTATIONS TRANSPORTATION | PURPOSE | REPLACEMENT/ FREQUENCY | BASE COST | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| *Electric Hospital Bed | Aid In Positioning and Care | q 10 years | $970.00 | 11 | $97.00 |
| *Overbed Table | Feeding/Care Surface | q 5 yrs | $74.95 | 11 | $14.99 |
| *Lift Device | Aid In Transfers | q 5 years | $1,679.00 | 12 | $335.80 |
| *Replacement Slings (2) | | q 2 yrs | $226.00 ($113.00 ea) | 12 | $113.00 |
| *Home care option only | | | | | |

Joseph Carfi, MD

LIFE CARE PLAN

LUZ VEGA

5/14/2008

| THERAPIES | AGE/YEAR INITIATED | AGE/YEAR CEASED | FREQUENCY | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| Physical Therapy | 9 y.o./ 2008 | 21 y.o./2020 | 5X per week | 13 | School Providing 3X/wk 2X/week @ $133.00 ea = $13,300.00 |
| Occupational Therapy | 9 y.o./ 2008 | 21 y.o./2020 | 5X per week | 14 | School Providing 3X/wk 2X/week @ $157.50 ea = $16,380.00 |
| Speech/Language Therapy | 9 y.o./ 2008 | 21 y.o./2020 | 5X per week | 15 | School Providing 3X/wk 2X/week @ $160.00 ea = $16,600.00 |

**Joseph Carfi, MD**

**LIFE CARE PLAN**

**LUZ VEGA**

6/14/2008

| HOME/FACILITY CARE | AGE/YEAR INITIATED | AGE/YEAR CEASED | HOURS/SHIFTS | RESOURCE | ANNUALIZED COST |
|---|---|---|---|---|---|
| **Option I Home Care** | | | | | |
| Home Health Aide | 9 y.o./2008 | 16 y.o./2015 | 8 Hrs/Day | 16 | $44,763.60 (Based on $15.33/hr) |
| Home Health Aide | 16 y.o./2015 | 21 y.o./2020 | 16 Hrs/Day | 17 | $74,825.00 (Based on $205/day) |
| Home Health Aide | 21 y.o./2020 | Life | 24 Hrs/Day | 17 | $74,825.00 (Based on $205/day) |
| Home Care Manager (R.N.) | 21 y.o./2020 | Life | 1 Hr/week Coordinate Care | 18 | $1,915.68 (Based on $36.84/hr) |
| **Option II Facility Care** | | | | | |
| Residential Rehabilitation and Educational Program | 9 y.o./2008 | 21 y.o./2020 | Specialized Care | 19 | $146,182.50 (Based on $400.50/day) |
| *Specialized Residential Facility | 21 y.o./2020 | Life | 24 Hr Coordinated Care | 20 | $106,945 (Based on $293/day) |

*Patient will require above "Option I/Home Care" services to age 21 should patient remain home until 21 y.o.

Joseph Carfi, MD                                                                        5/14/2008

LIFE CARE PLAN

LUZ VEGA

RESOURCES

1. Personal professional knowledge

2. Drugstore.com

3. Quest Diagnostic Fee Schedule

4. New York Neurological Assoc., New Hyde Park, NY

5. Caligor.com

6. Sammons Preston Professional Rehab Catalog, 2007

7. Adaptivemall.com

8. Quickie-wheelchairs.com

9. Sportaid.com

10. TMR Orthotics, Queens, NY

11. Allegromedical.com

12. Usmedicalsupply.com

13. Blythedale Children's Hospital, Valhalla, NY
    Albert Einstein Hospital, Bronx, NY
    Excellence Rehab & Physical, Bronx, NY

14. Blythedale Children's Hospital, Valhalla, NY
    Albert Einstein Hospital, Bronx, NY

15. Blythedale Children's Hospital, Valhalla, NY
    Center for Small Jewels, Inc., New Rochelle, NY

16. Premier Home Health Care, Inc., Bronx, NY
    Amazing Home Care, Bronx, NY
    Best Choice Home Health Care, Bronx, NY

17. Premier Home Health Care, Inc., Bronx, NY
    Amazing Home Care, Bronx, NY

18. Data.bls.gov

19. St. Margaret's Center, Albany, NY
    United Cerebral Palsy of New York, NY, NY
    Crotched Mountain, Greenfield, NH

20. Independent Group Home Living, East Moriches, NY
    Tradewinds, Utica, NY
    Springbrook School Adult Homes, Oneonta, NY

Joseph Carfi, MD

**LIFE CARE PLAN SUMMARY**

6/14/2008

**LUZ VEGA**

**HOME CARE OPTION**

| | ANNUALIZED COST TO 16 y.o. | ANNUALIZED COST 16 y.o. to 21 y.o. | ANNUALIZED COST AT 21 y.o. |
|---|---|---|---|
| MEDICAL CARE AND TREATMENT | $5,366.81 | $6,366.81 | $6,366.81 |
| EQUIPMENT & SUPPLIES MEDICAL AND HOME (Range Averaged) | $6,917.96 | $6,393.26 | $6,393.26 |
| THERAPIES | $44,980.00 | $44,980.00 | $0.00 |
| HOME CARE SERVICES (Avg. annual cost from 5 y.o. to 16.y.o.) | $69,794.30 | $74,825.00 | $76,740.68 |
| FACILITY CARE | N/A | N/A | N/A |

Costs indicated are for the current year

Joseph Carfi, MD

LIFE CARE PLAN SUMMARY

LUZ VEGA

FACILITY CARE OPTION

8/14/2008

|  | ANNUALIZED COST TO 18 y.o. | ANNUALIZED COST 18 y.o. to 21 y.o. | ANNUALIZED COST AT 21 y.o. |
|---|---|---|---|
| MEDICAL CARE AND TREATMENT | $6,366.81 | $5,366.81 | $5,366.81 |
| EQUIPMENT & SUPPLIES MEDICAL AND HOME | $3,239.09 (Range Averaged) | $736.83 | $736.83 |
| THERAPIES | $44,960.00 | $44,960.00 | $0.00 |
| HOME CARE SERVICES | N/A | N/A | $0.00 |
| FACILITY CARE | $146,182.50 | $146,182.50 | $106,946.00 |

Costs indicated are for the current year

## DECLARATION OF SERVICE

The undersigned, an attorney admitted to practice law before the Courts of the State of New York and this Court declares under penalty of perjury that on May 30, 2008 he served a copy of:

**RULE 26(A)(2) DISCLOSURE FOR JOSEPH CARFI, M.D.**

By First Class Mail, upon Attorneys listed below:

Shaub Ahmuty Citron & Spratt, LLP
655 Third Avenue
New York, New York 10017

Jones Hirsch Connors & Bull, P.C.
One Battery Park Plaza
New York, New York 10004

United States Attorneys Office
86 Chambers Street, 3rd Floor
New York, New York 10007

Dated: Yonkers, New York
    May 30, 2008

John J. Leen (JL5550)