UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
---------------------------------------------------------------X  ECF Case 07 Civ. 2940 (ALC)
L. M.V., An Infant, by her Parent and Natural
Guardian, MANUELA VALENTIN,

        Plaintiffs,

-against-

THE BRONX-LEBANON HOSPITAL CENTER, and
ILIANA ROBINSON, M.D.,

        Defendants.
---------------------------------------------------------------X
THE BRONX-LEBANON HOSPITAL CENTER,

        Third-Party Plaintiff,

- against -

MORRIS HEIGHTS HEALTH CENTER INC.,

        Third-Party Defendant.
---------------------------------------------------------------X

**ORDER FOR PARTIAL WITHDRAWAL OF FUNDS**

Upon reading and filing the declaration of John M. Daly; the declaration of Amila Jayampathy, Trust Administrator with Midland Trust Company, successor in interest to Sterling National Bank, N.A., successor trustee to Hudson Valley Bank, N.A., Trustee of *The L.M.V. Structured Settlement Administration Trust* (LMVSSAT Trust); and the exhibits annexed thereto; these papers supporting an application for the partial withdrawal of funds from the LMVSSAT Trust as follows:

(i)     An amount not to exceed $40,325.13 made payable to Scarsdale Ford, Inc. for the purchase of a preowned handicapped accessible 2011 Toyota Sienna to transport Luz M. Vega; and

(ii) The payment of the semi-annual cost of automobile insurance and ongoing maintenance to keep the said vehicle in optimal condition.

IT IS ORDERED, that upon the service of an attorney certified copy of this Order upon an officer of Midland Trust Company, successor in interest to Sterling National Bank, N.A., successor trustee to Hudson Valley Bank, N.A., the Bank as Trustee of the LMVSSAT Trust shall make the following payments:

(i) An amount not to exceed **$40,325.13** made payable to Scarsdale Ford, Inc. for the purchase of a preowned handicapped accessible 2011 Toyota Sienna to transport Luz M. Vega. (**Exhibit 13**)

(ii) The payment of the semi-annual cost of automobile insurance and ongoing maintenance to keep the said vehicle in optimal condition; and

(iii) The sum of **$2,175.00** to the Law Offices of John M. Daly for the preparation and filing of the instant application papers.

ENTER

Dated: February 21, 2020

_____
United States District Judge
Andrew L. Carter